UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

05   10080 DPW

| ROBERT S. DORFMAN, | |
|---|---|
| Plaintiff, | |
| v. | Civil Action No. |
| M.B.N.A. AMERICA BANK, N.A., | |
| Defendant. | MAGISTRATE JUDGE Alexandr |

RECEIPT # 61341
AMOUNT $150
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. TM
DATE 1/11/05

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that defendant MBNA America Bank, N.A. ("MBNA") hereby removes the above-captioned action from the Barnstable County Superior Court of the Commonwealth of Massachusetts (Civil Action No. BACV2004-00749) to this Court pursuant to 28 U.S.C. §§ 1441(b), (c) and 1446.

In support of this Notice, MBNA states as follows:

1.  On or about December 17, 2004, an action was commenced in Barnstable County Superior Court of the Commonwealth of Massachusetts entitled <u>Robert S. Dorfman v. M.B.N.A America Bank</u>, Civ. Action No. BACV2004-00749.

2.  Plaintiff's Complaint asserts federal claims for violation of 15 U.S.C. §§ 1666 and 1666a. Plaintiff further asserts violations of his right to due process of law and trial by jury arising under the Constitution of the United States.

3.  Because the resolution of this case depends on a federal question, MBNA is entitled to remove this action to this Court pursuant to 28 U.S.C. §§ 1331, 1441, 1446.

USIDOCS 4911524v1

4.  This Notice is timely. MBNA was provided with a copy of the Complaint in the State Court action on or about December 22, 2004, fewer than 30 days prior to the filing of this Notice.

5.  Attached hereto as <u>Exhibit A</u> is a true copy of all process, pleadings and orders served upon or otherwise provided to MBNA.

6.  A copy of this Notice will be filed with the Clerk of the Barnstable County Superior Court as required by 28 U.S.C. § 1446(d).

7.  Written notice of the filing of this Notice will be given to the adverse party as required by 28 U.S.C. § 1446(d).

                MBNA AMERICA BANK, N.A.

                By its attorneys,

                _____
                Stephen A. Jonas/BBO#542005
                Christopher B. Zimmerman/BBO#653854
                Wilmer Cutler Pickering Hale and Dorr LLP
                60 State Street
                Boston, Massachusetts 02109
                (617) 526-6000

Dated: January 11, 2005.

USIDOCS 4911524v1

## CERTIFICATE OF SERVICE

I, Christopher B. Zimmerman, hereby certify that on this 11th day of January, 2005, I served a true and accurate copy of the foregoing Notice of Removal by hand to: Roberts S. Dorfman, 48 Cherry Tree Road, Cotuit, MA 02635.

_____
Christopher B. Zimmerman

**Commonwealth of Massachusetts**
County of Barnstable
The Superior Court

CIVIL DOCKET# BACV2004-00749

Robert S. Dorfman, Plaintiff
vs.
MBNA America Bank, Defendant

### SUMMONS AND ORDER OF NOTICE

To the above-named Plaintiff(s):

You are hereby summoned and required to serve **upon Robert S. Dorfman, defendant, whose address is 48 Cherry Tree Road, Cotuit, Massachusetts 02635,** an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Barnstable either before service upon defendant's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the defendant which arises out of the transaction or occurrence that is the subject matter of the defendant's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application has been made in said action, as appears in the complaint, for a preliminary injunction and that a hearing upon such application will be held at the court house at said Barnstable, on **12/28/2004, at 02:00 PM in Civil A,** at which
time you may appear and show cause why such application should not be granted.

Witness, **Barbara J. Rouse,** Esquire, Chief Justice of the Superior Court, at Barnstable, Massachusetts this 17th day of December, 2004.

.............................................
Clerk-Magistrate

(AFFIX RETURN OF SERVICE ON BACK OF SUMMONS)

cvcsumornotd_1.wpd  <ERROR>  <ERROR>  bearseli

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF BARNSTABLE

BARNSTABLE SUPERIOR COURT

SUPERIOR COURT
BARNSTABLE SS
FILED DEC 1 7 2004
/s/ Scott L. Nickerson, Clerk

Civil Action. No: 04-749

ROBERT S. DORFMAN,

Plaintiff,

V.

MBNA AMERICA BANK,

Defendant(s).

VERIFIED COMPLAINT FOR MONEY;
DEMAND FOR TRIAL BY JURY

COMES NOW, Robert S. Dorfman, Plaintiff and for causes of action against Defendant(s) and each of them alleges as follows:

## COUNT I – STATUTORY VIOLATIONS AND DAMAGES

1. That Plaintiff is a natural person and a resident in Cotuit, in the County of Barnstable, the State of Massachusetts.

2. That Defendant, MBNA America Bank, is a Corporation organized in the State of Delaware with its principal business location at 1100 King Street, Wilmington, DE 19884-0124.

3. That Plaintiff and Defendant entered into a consumer contract on and about 1995.

4. That the contract provided for Plaintiff to obtain a revolving open-ended account with Defendant.

5. That the original contract was governed in part by the Truth in Lending Act. 15 USC section 1601 *et seq* [TILA] by Plaintiff.

6. That the original contract provided for Defendant(s) to respond to any inquiry under TILA made by Plaintiff.

7. That Plaintiff made an inquiry with Defendant(s) on and about January 2, 2004 as to the inaccuracies on the monthly statement and requested further information and documentation.

8. That Defendant(s) received said inquiry on and about January 4, 2004.

9. That Defendant(s) has a duty to comply with any inquiry under TILA made by Plaintiff.

10. That more than ninety (90) days has elapsed since the time Defendant(s) received the billing inquiry from Plaintiff.

11. That as of this date Defendant(s) has ignored, failed and/or neglected Plaintiff's inquiry by failing to respond to the same. This act was willful and knowing.

12. That by failing to respond Defendant is prohibited under TILA to proceed with any collection efforts.

13. That by failing to respond Defendant violated 15 USC section 1666 *et seq* and 12 CFR section 226.13 *et seq*. These acts were willful and knowing.

14. That Defendant's wrongfully and negatively reported to the credit reporting agencies that Plaintiff was delinquent on the contract. This act was willful and knowing.

15. That as a result of Defendant's wrongfully reporting the foregoing to the credit reporting agencies Defendant(s) violated 15 USC section 1666 *et seq* and 12 CFR section 226.13 *et seq*. This act was willful and knowing.

16. That Defendant(s) ignored and disregarded the TILA provisions by proceeding with collection efforts by filing a Claim with the National Arbitration Forum ("Forum"). This act was willful and knowing. A true and correct copy of the Claim is herewith attached and incorporated by reference as Exhibit "A."

17. 17. That by filing said Claim Defendant violated 15 USC section 1666 *et seq* and 12 CFR section 226.13 *et seq*. This act was willful and knowing.

18. That as a result of the foregoing Plaintiff is entitled to relief under TILA.

## COUNT II – BREACH OF CONTRACT

19. That Plaintiff hereby incorporates paragraphs 1 through 18 herein and above by this reference.

20. That Plaintiff is not currently in possession of the original contract, but will seek to obtain a copy thereof in discovery and/or will seek leave of court to amend this complaint to incorporate a copy of said contract at that time when a copy can be ascertained.

21. That if called to testify Plaintiff will testify that the original contract between Plaintiff and Defendant did not contain any provision or clause to submit any dispute arising out the agreement to arbitration.

22. That the original contract between Plaintiff and Defendant did not contain any provision that would allow Defendant to change or add new terms to the original agreement to include arbitration.

23. That Plaintiff never received a copy of any change or addition of new terms to the original agreement.

24. That Defendant filed a claim against Plaintiff in the Forum alleging that an agreement exists containing provisions to arbitrate any dispute arising out of the agreement.

25. Plaintiff filed a Motion to Dismiss for Lack of Jurisdiction; Objection to Arbritration with the Forum prohibiting the Forum to arbitrate the matter absence any provision, clause or contract authorizing either Plaintiff or Defendant to submit a claim to arbitration.

26. Notwithstanding the foregoing, the arbitrator and the Forum entered an award against Plaintiff and in favor of Defendant in the amount of Twenty Nine Thousand Four Hundred Ninety Five Dollars and Eighty Six Cents ($29,495.86), as evidenced by attached Award that is incorporated herein by this reference as Exhibit "B."

27. Defendant(s) served upon Plaintiff a copy of the Award on and about November 1, 2004.

28. That Defendant(s) obtained the Award illegally and without authority, using the Forum whereby breaching the original contract between Plaintiff and Defendant.

29. That the arbitrator exceeded his authority to decide the matter and illegally entered an Award against Plaintiff, absent jurisdiction when no agreement existed between parties to arbitrate.

30. That Plaintiff would be prejudiced and adversely affected if Defendant is allowed to proceed with confirming the Award and a judgment is entered against Plaintiff.

31. That Defendant had no right to force Plaintiff to arbitrate a claim when no agreement existed to arbitrate between parties.

32. That Defendant had no right to obtain an Award against Plaintiff for any amount sought.

## COUNT III – VIOLATIONS OF RIGHTS

33. That Plaintiff hereby incorporates paragraphs 1 through 32 herein and above by this reference.

34. That Plaintiff's Rights will be severely impaired if the Award is enforced in a court of law and against Plaintiff.

35. That the award and claim was filed and entered in violation of Plaintiff's Right to Due Process under the Law.

36. That by filing said claim, Defendant(s) violated Plaintiff's Right to use the courts as a means to resolve the dispute. This act was willful and knowing.

37. That by filing the claim, Defendant attempted to violate Plaintiff's Right to Due Process under the law. This act was willful and knowing.

38. That by filing the claim, Defendant violated Plaintiff's Right to a trial by jury. This act was willful and knowing.

39. That by filing the claim, Defendant violated the obligation of the original contract, thus impairing the protection and security of obligation of contract under the Constitution. This act was willful and knowing.

40. That all of Defendant(s)'s actions have impaired and adversely affected Plaintiff, which is now entitled to immediate relief under the law.

## COUNT IV - IMMEDIATE INJUNCTIVE RELIEF

41. That Plaintiff hereby incorporates paragraphs 1 through 40 herein and above by this reference.

42. That Plaintiff has no other immediate remedy under the law except to file this action.

43. That Plaintiff is entitled to immediate relief from the arbitration award.

44. That the award must be vacated immediately before further harm is done to Plaintiff.

## PRAYER AND RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant(s) and each of them, on each and every cause of action and count as follows:

1. For immediate relief from Arbitration Award;

2. For $29,495.86;

3. For unliquidated damages that may be ascertained by the court or jury;

4. For punitive, general and special damages;

5. For cost of this suit herein;

6. For Violations of Rights;

7. For such other relief as the court deems proper and demanded herein.

I declare under penalty of perjury of the laws of the Commonwealth of Massachusetts that the foregoing statements are true and correct.

Dated this 17th day of December, 2004.

Respectfully submitted and signed by,
Robert S. Dorfman

_____
48 Cherry Tree Road
Cotuit, MA 02635
Plaintiff, *in propria persona.*

508- 428- 1791

MBNA America Bank, N.A.  
c/o Wolpoff & Abramson, L.L.P.  
Attorneys in the Practice of Debt Collection  
Two Irvington Centre  
702 King Farm Blvd.  
Rockville, MD 20850  

RE:  
Forum File Number: FA0407000292457  
Claimant File Number: 0118468772  
Account No.: 42642959999600157  
Card member Agreement Type: NEA90  

**CLAIMANT,**

Robert S Dorfman  
48 Cherry Tree Rd  
Cotuit MA 02635-3307  

**RESPONDENT(S),**

* For a Claim against Respondent(s), Claimant states:

1. By way of contract and use of the credit account at issue, Respondent(s) became bound by the terms of a credit agreement (hereinafter the "Agreement"), which is attached hereto and incorporated herein by reference.

2. Respondent(s) is/are in default under the terms of the Agreement and is/are now indebted to Claimant in the amount of $24027.64, as reflected in the attached account summary, plus interest of $659.61 as of the date of filing, and at 6.00% thereafter.

3. Despite repeated demands for payment, Respondent(s) has/have not paid the amounts due.

4. Claimant requests an Award for the amounts reflected in Paragraph 2, plus all arbitration fees incurred, Process of Service fees and Attorney Fees of $3604.14, if allowed by law, equaling 15% of the outstanding principal balance.

5. The attached Agreement contains a Delaware choice of law provision and a provision for "reasonable" attorney fees. Delaware law specifically provides that an attorney fee may be awarded in an amount up to 20% on an unpaid claim if allowed by law. See, 10 Del. Code Sec. 3912 (Pleading & Practice).

6. The attached Agreement contains a mandatory arbitration provision under the Rules of the National Arbitration Forum ("NAF").

The undersigned counsel for Claimant asserts, under penalty of perjury, that the information contained in this Claim and the supporting documents attached hereto are accurate based upon information provided by Claimant to the undersigned counsel.

WOLPOFF & ABRAMSON, L.L.P.  
*Attorneys in the Practice of Debt Collection*

By: _____   _____  
Ronald M. Abramson, Esq.         Neal J. Levitsky, Esq.  
ADMITTED: (MD, DC, MA)           ADMITTED: (DE)  

Counsel for the Claimant

If Respondent or counsel wishes to contact Claimant, please call or write:  
**Paralegal Department**  
**Wolpoff & Abramson, L.L.P.**  
**Two Irvington Centre**  
**702 King Farm Blvd., 5th Floor**  
**Rockville, MD 20850**  
**1-800-830-2793**

Exhibit B



# NATIONAL ARBITRATION FORUM

MBNA America Bank, N.A.
c/o Wolpoff & Abramson, L.L.P.
Attorneys in the Practice of Debt Collection
702 King Farm Blvd, Two Irvington Centre
Rockville, MD 20850-5775

CLAIMANT(s),

**AWARD**
RE: MBNA America Bank, N.A. v Robert S Dorfman
File Number: FA0407000292457
Claimant File Number: 4264295999600157

Robert S Dorfman
48 Cherry Tree Rd
Cotuit, MA 02635-3307

RESPONDENT(s).

The undersigned Arbitrator in this case FINDS:

1. That no known conflict of interest exists.
2. That on or before 07/01/2004 the Parties entered into an agreement providing that this matter shall be resolved through binding arbitration in accordance with the Forum Code of Procedure.
3. That the Claimant has filed a Claim with the Forum and served it on the Respondent in accordance with Rule 6.
4. That the Respondent has filed a Response with the Forum and served it on the Claimant.
5. That the matter has proceeded in accord with the applicable Forum Code of Procedure.
6. The Parties have had the opportunity to present all evidence and information to the Arbitrator.
7. That the Arbitrator has reviewed all evidence and information submitted in this case.
8. That the information and evidence submitted supports the issuance of an Award as stated.

**Therefore, the Arbitrator ISSUES:**
An Award in favor of the **Claimant**, for a total amount of $29,495.86.

Entered in the State of Massachusetts

Peter Lawson Kennedy, Esq.
Arbitrator

Date: 10/28/2004

**ACKNOWLEDGEMENT AND CERTIFICATE OF SERVICE**

This Award was duly entered and the Forum hereby certifies that a copy of this Award was sent by first class mail postage prepaid to the Parties at the above referenced addresses on this date.

Honorable Harold Kading, Ret.
Director

# COVER SHEET

04-171

Superior Court Department
County: BARNSTABLE SS

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Robert S. Dorfman | MBNA America |

| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE | ATTORNEY (if known) |
|---|---|
| | Wolpoff & Abramson |

Board of Bar Overseers number:

SUPERIOR COURT
FILED DEC 17 2004
[signature] Clerk

## Origin code and track designation

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A99 | Breach of Contract | (F) | (✓) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................. $........
2. Total Doctor expenses ............................................. $........
3. Total chiropractic expenses ....................................... $........
4. Total physical therapy expenses .................................. $........
5. Total other expenses (describe) .................................. $........

Subtotal $........

B. Documented lost wages and compensation to date ............... $........
C. Documented property damages to date ............................ $........
D. Reasonably anticipated future medical and hospital expenses ... $........
E. Reasonably anticipated lost wages ................................ $........
F. Other documented items of damages (describe)
$........
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

$........
TOTAL $........

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):
1. Relief from Arbitration Award — $29,495.86
2. Unliquidated damages
   other damages         } 8,000.00
   cost of suit          (estimated)
   violation of rights

TOTAL $ 37,495.86

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record [signature] DATE: 12-17-04

C-6 mtc005-11/99
S.C. 1-2000

WILMER CUTLER PICKERING
HALE AND DORR LLP

December 23, 2004

**By Facsimile and First Class Mail**

Clerk's Office – Superior Court
Massachusetts Superior Court for Barnstable County
Barnstable Superior Court
3195 Main Street
Barnstable, MA 02630

Attention: Diane

Re:   Dorfman v. MBNA America Bank
      <u>Civil Docket No. BACV2004-00749</u>

Christopher B. Zimmerman

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6455
+1 617 526 5000 fax
christopher.zimmerman@wilmerhale.com

Dear Sir/Madam:

The parties in the above-referenced action hereby respectfully request that the Court postpone the preliminary injunction hearing currently scheduled for December 28, 2004 at 2:00 p.m. until January 14, 2005 at 9:00 a.m., or such other time as is convenient for the Court. Also enclosed please find a Notice of Appearance in this action.

Thank you for your attention to this matter.

Very truly yours,

*[signature]*

Christopher B. Zimmerman

CBZ/cf
Enclosure

cc:   Robert S. Dorfman
      Stephen A. Jonas, Esq.

COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, ss.    SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT

ROBERT S. DORFMAN

    Plaintiff,

v.    CIVIL ACTION NO. 04-0749

MBNA AMERICA BANK

    Defendant.

## NOTICE OF APPEARANCE

Pursuant to Mass. R. Civ. P. 11(b), please enter the appearance of Stephen A. Jonas and Christopher B. Zimmerman as counsel for the defendant, MBNA America Bank, N.A, in the above action.

Respectfully submitted,

*/s/ Christopher B. Zimmerman*

Stephen A. Jonas (BBO #542005)
Christopher B. Zimmerman (BBO #653854)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: December 23, 2004

USIDOCS 4889504v1

## CERTIFICATE OF SERVICE

I, Christopher B. Zimmerman, hereby certify that I served a true and correct copy of the foregoing on this 23rd day of December, 2004 by first class mail:

Robert S. Dorfman
48 Cherry Tree Road
Cotuit, MA 02635


_____
Christopher B. Zimmerman

# Commonwealth of Massachusetts
## County of Barnstable
## The Superior Court

CIVIL DOCKET# **BACV2004-00749**

RE: Dorfman v MBNA America Bank

TO: Christopher B Zimmerman, Esquire
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109

## NOTICE OF RESCHEDULED HEARING

The hearing in the above entitled action has been **RESCHEDULED**, as to the event listed below.

**Motion/Hearing: prel inj**

Your appearance is RESCHEDULED as follows:

DATE: **01/14/2005**
TIME: **09:00 AM**
LOCATION: **Civil A**

Dated this 23rd day of December, 2004.

Gary A. Nickerson, Justice

BY: John S. Dale
Assistant Clerk

Telephone: (508) 375-6684

cvchrgresc_2.wpd 36986 hrgpln roderick

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) ROBERT S. DORFMAN V. MBNA AMERICA BANK, N.A.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐    I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐    II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   ☐    III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

   ☑    IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900. (480)     05  10060 DPW

   ☐    V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☑

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☑   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☑   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☑    Central Division ☐    Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☑**   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  STEPHEN A. JONAS, ESQ.
ADDRESS  WILMER CUTLER PICKERING HALE AND DORR  60 STATE STREET BOSTON, MA 02109
TELEPHONE NO.  (617) 526-6000

(Coversheetlocal.wpd - 10/17/02)

**PLAINTIFF HAS REQUESTED A PRELIMINARY INJUNCTION HEARING IN HIS COMPLAINT

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Robert S. Dorfman

**DEFENDANTS**
MBNA America Bank, N.A.

(b) County of Residence of First Listed Plaintiff **Barnstable**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Delaware**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert S. Dorfman (pro se)
48 Cherry Tree Road Cotuit, MA 02635-3307   (508) 478-1791

Attorneys (If Known)
Stephen A. Jonas, Esq., Wilmer Cutler Pickering Hale and Dorr
60 State Street Boston, MA 02109   (617) 526-6000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC   1640, 1666, 1666 a
Brief description of cause:
Consumer Credit - Correction of Billing Errors

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** 37,495.86 preliminary injuntion
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 01/11/2005
SIGNATURE OF ATTORNEY OF RECORD  *Christoph B.*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____