UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |
|---|---|
| ROBERT S. DORFMAN,<br><br>       Plaintiff,<br>v.<br><br>M.B.N.A. AMERICA BANK, N.A.,<br><br>       Defendant. | Civil Action No. |

05 1C0 [stamp illegible]

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Stephen A. Jonas and Christopher B. Zimmerman as counsel for the defendant, MBNA America Bank, N.A, in the above action.

                        MBNA AMERICA BANK, N.A.

                        By its attorneys,

                        /s/ Christopher B. Zimmerman
                        Stephen A. Jonas/BBO#542005
                        Christopher B. Zimmerman/BBO#653854
                        Wilmer Cutler Pickering Hale and Dorr LLP
                        60 State Street
                        Boston, Massachusetts 02109
                        (617) 526-6000

Dated: January 11, 2005.

USIDOCS 4918782v1

## CERTIFICATE OF SERVICE

I, Christopher B. Zimmerman, hereby certify that on this 11th day of January, 2005, I served a true and accurate copy of the foregoing Notice of Appearance by hand to: Roberts S. Dorfman, 48 Cherry Tree Road, Cotuit, MA 02635.

_____
Christopher B. Zimmerman