UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

---

ROBERT S. DORFMAN,

    Plaintiff,

v.

M.B.N.A. AMERICA BANK, N.A.,

    Defendant.

Civil Action No. 05-10060 DPW

---

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and United States District Court, District of Massachusetts Local Rule 7.3(A), the Defendant MBNA America Bank, N.A., by and through its attorneys, Wilmer Cutler Pickering Hale and Dorr LLP, hereby states that it is a wholly owned subsidiary of MBNA Corporation, a publicly held company.

    MBNA AMERICA BANK, N.A.

    By its attorneys,

    _____
    Stephen A. Jonas/BBO# 542005
    Christopher B. Zimmerman/BBO#653854
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, Massachusetts 02109
    (617) 526-6000

Dated: January 11, 2005

USIDOCS 4919424v1

## CERTIFICATE OF SERVICE

I, Christopher B. Zimmerman, hereby certify that I have on this 11th day of January 2005 served a true and accurate copy of the foregoing by hand on Robert S. Dorfman, 48 Cherry Tree Road, Cotuit, MA 02653.

_____
Christopher B. Zimmerman