## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ROBERT S. DORFMAN,

            Plaintiff,

   v.

MBNA AMERICA BANK, N.A.,

            Defendant.

Civil Action No. 05-10060-DPW

## <u>AFFIDAVIT OF KEN BALLINGER</u>

I, Ken Ballinger, being first duly sworn, state as follows:

1.     I am an assistant vice-president at MBNA America Bank, N.A. ("MBNA"), the defendant in the above-captioned action. MBNA issues and services credit card accounts and is the party to the agreements that govern the relationship between MBNA and its credit card account holders.

2.     In preparing this Affidavit, I have relied on my own personal knowledge of the ongoing business operations of MBNA. The documents attached as exhibits, as well as other documents on which this Affidavit is based, are business records, made in the regular course of business at or near the time of the acts, conditions or events described in the documents. The facts set forth herein reflect my own personal knowledge or are based on my review of MBNA's business records, and, if called as a witness, I could and would testify thereto.

3.     MBNA is a national banking association with its principal place of business in Wilmington, Delaware. All MBNA credit card accounts of the plaintiff, Robert S. Dorfman ("Mr. Dorfman"), are maintained and serviced in Wilmington, Delaware.

USIDOCS 4924030v1

4.      Mr. Dorfman held an initial MBNA open-ended credit account (account number ending in 5040) prior to September 2002.  Mr. Dorfman opened his initial account in or about January 1995.

5.      In or about August 2002, Mr. Dorfman changed the bank associated with his initial account.  At his request, MBNA issued Mr. Dorfman a new MBNA open-ended credit account (account number ending 4332) in September 2002.

### Mr. Dorfman's 1994 Credit Card Agreement

6.      At the time Mr. Dorfman opened his initial account, MBNA sent him a copy of an August 1994 Credit Card Agreement (the "1994 Agreement").  Mr. Dorfman's Agreement included "Amendments" and "Governing Law" provisions.  A true and correct copy of a 1994 MBNA Credit Card Agreement is attached hereto as Exhibit A. MBNA did not make any material changes to the 1994 Agreement in or around January 1995.

7.      After January 1995, Dorfman activated his initial card by charging purchases and cash advances.  For a 7-year period, from 1995 to 2002, Mr. Dorfman continued to charge purchases and cash advances to, and to make payments on, his initial MBNA credit card account.

8.      From time to time, MBNA amended the 1994 Agreement pursuant to the "Amendments" provision in the Agreement.  MBNA has a regular procedure for making such amendments by mailing notices of the amendment to its account holders.

9.      As part of the regular course of its business, MBNA maintains computerized customer information files for all of its current account holders.  These files contain notations regarding MBNA's contacts with account holders, the account holders'

2

payment histories, and the status of account holders' accounts with MBNA. In addition, the customer information files list the names and addresses of MBNA's current account holders. MBNA periodically updates this information when account holders notify MBNA that their address or name has changed. When the Post Office returns an account holder's statement or other MBNA mailing to MBNA as undeliverable, MBNA makes a notation in that account holder's customer information file.

### The 1999 Amendment to Mr. Dorfman's 1994 Agreement

10.    MBNA followed its regular amendment procedure when, in December 1999, it amended the 1994 Agreement (the "1999 Amendment") to add terms that included a mandatory arbitration provision (the "Arbitration Clause"). Using the information contained in its customer information files, MBNA generated a list of names and addresses of account holders designated to receive the 1999 Amendment. MBNA sent this list to a third party vendor regularly used by MBNA since 1994 to effect mailings to MBNA account holders. At MBNA's request, a third party vendor performed certain data processing to ensure that the Post Office would deliver the 1999 Amendment to the intended MBNA account holders.

11.    Following this data processing, a third party vendor mailed the 1999 Amendment in December 1999 to the MBNA account holders on the list of individuals designated to receive the Amendment. All such account holders were sent the 1999 Amendment as a separate mailing, not in the same envelope as their monthly account statements. A true and accurate copy of the 1999 Amendment sent to Mr. Dorfman is attached hereto as Exhibit B.

**12.**    MBNA's account records indicate that the 1999 Amendment was mailed to Mr. Dorfman at the address MBNA had on its files for him at that time: 48 Cherry Tree Road, Cotuit, MA 02635. During that time MBNA sent monthly billing statements to Mr. Dorfman and received payments on the account.

## Mr. Dorfman Did Not Opt Out Of The Arbitration Clause And Continued To Make New Charges To His Account

13.    The 1999 Amendment sent to Mr. Dorfman expressly informed him that he could opt out of the Arbitration Clause contained in the Amendment by providing MBNA with written notification by January 25, 2000.

14.    A number of MBNA account holders who received the Amendment opted out of the Arbitration Clause by providing the required written notification. To track the identity of these account holders, MBNA created an electronic spreadsheet of their account numbers (the "Opt Out File"). MBNA also made a notation of the "opt out" in those customers' customer information files.

15.    Mr. Dorfman's initial account number is not listed in the Opt Out File.

16.    After January 25, 2000, Mr. Dorfman continued to make cash advances using his credit card account.

## Mr. Dorfman's 2002 Credit Card Agreement

17.    In September 2002, after Mr. Dorfman requested a new MBNA credit card account, MBNA sent him a copy of an August 2002 Credit Card Agreement and Required Federal Disclosure (collectively the "2002 Agreement").

18.    Mr. Dorfman's 2002 Agreement included a "What Law Applies" and "Arbitration and Litigation" provision. A true and correct copy of a 2002 MBNA Credit Card

USIDOCS 4924030v1

Agreement is attached hereto as <u>Exhibit C</u>. MBNA did not make any material changes to the 2002 Agreement in or around September 2002.

19.    After September 2002, Dorfman activated his new card by charging cash advances to his account. Mr. Dorfman continued to make cash advances and payments on his new MBNA credit card account through November 2003.

Signed under the pains and penalties of perjury this 19th day of January, 2005.

Ken Ballinger

# Exhibit A

## Credit Card Agreement

# General

In this Credit Card Agreement, the words "you" and "your" refer to each and all of the persons who accept a credit card issued by us or under an account we hold. This Agreement consists of this document and the terms and conditions set forth in the Required Federal Disclosures that appear on the accompanying card carrier. The words, "we," "us," "our" and "MBNA America" mean MBNA America Bank, N.A.

When you accept or use the account, you agree to the terms in this Agreement. You should sign your card before you use it.

By accepting or using this account, you authorize MBNA America Bank, N.A. to record your calls with the bank and consent to that recording.

# How To Use Your Card

You may use your card to purchase, rent or lease goods or to purchase services ("purchases") from persons who honor the card. You may also obtain loans ("cash advances") from us or from any bank that accepts the card or by using Premium Access Checks® and Preferred Access Checks® we may provide to you for that purpose or by using your card at an Automated Teller Machine ("ATM"). You may use Premium Access Checks® and Preferred Access Checks® for any bona fide purpose except that you may not use them to make a payment on this or any other credit card account with us.

Certain establishments may cash your personal checks upon presentment of your card. In the event we are required to pay the amount of a check cashed in this way because the check is not paid for any reason, we will charge your account for a cash advance in the amount of the check and any processing charge we actually incur.

If you permit any person to have access to your card or account number with the authorization to make a charge, you may be liable for all charges made by that person including charges for which you may not have intended to be liable.

1

# Repayment

You promise to pay us the amounts of all credit you obtain, any charges and insurance premiums we charge against your account, and Finance Charges.

You may pay the entire amount outstanding at any time. You must pay each month at least the minimum payment on your monthly statement. If you overpay or if a credit balance is otherwise created in your account, we will not pay interest on such amounts. Your payment will be allocated in a manner we determine. All payments will be credited to your account for the billing cycle in which payment is received. Minimum monthly payments cannot be made in advance and payments made in any billing cycle which are greater than the minimum payment due will not affect your obligation to make subsequent minimum payments each month. We can reject payments not denominated in U.S. dollars or not drawn on a U.S. Bank. No payment shall operate as an accord and satisfaction without the prior written approval of a Senior Officer of MBNA America Bank, N.A.

# Charges Made in Foreign Currencies

If you incur a charge in a foreign currency, the charge will be converted by Visa International or MasterCard International, depending on which card you use, into a U.S. dollar amount in accordance with the operating regulations or conversion procedures in effect at the time that the transaction is processed. Currently, those regulations and procedures provide that the currency conversion rate to be used is either (1) a wholesale market rate or (2) a government-mandated rate in effect one day prior to the processing date, increased by one percent in each case. Visa or MasterCard retains this one percent as compensation for performing the currency conversion service. The currency conversion rate in effect on the processing date may differ from the rate in effect on the transaction date or the posting date.

# Payment Holidays

We may allow you, from time to time, to omit a monthly payment. We will notify you when this option is available. If you omit a payment, Finance Charges and insurance premiums, if any, will accrue on your balance in accordance

2

with this Agreement. Minimum payments will resume following your payment holiday.

# Billing Cycle

A billing cycle ends on the closing date of the current monthly statement and begins on the day after the closing date of the preceding monthly statement.

# Other Charges

**Overlimit Fee:** The overlimit fee shown on your card carrier will be assessed as of the date your account exceeds your credit limit unless you cure the overlimit problem by the end of the billing cycle. If your account is overlimit at the beginning of a billing cycle, the overlimit fee will be assessed on the first day of that billing cycle unless you cure the overlimit problem by the end of the billing cycle.

**Abandoned Property Charges:** Unless prohibited by applicable law, we will charge your account, as a purchase, for any costs associated with complying with state abandoned property laws.

**Additional Charges:** Please review the accompanying card carrier for additional charges that may apply to your account.

# Insurance and Cost Disclosures

**Enrollment:** Only one Customer per account is eligible. When you enroll, you will be mailed your certificates explaining your coverage and indicating your effective date. To enroll, you must be under age 66 (age 70 in AZ, NV, VA; age 71 in FL, GA, MI, MO and OK). Credit life insurance and disability insurance terminate at these ages. In Texas, unemployment insurance terminates at age 66. For unemployment coverage, you must be gainfully employed and working at least 30 hours a week (not self-employed* or an independent contractor) for at least 90 consecutive days before date of loss (in Colorado, before application date; in Texas, before the effective date of coverage).

**Unemployment and Disability Benefits and Terms:** Monthly payments are limited to the minimum amount due (except in MI) on your account, excluding past-due or over-credit-line amounts. In the event you become

3

involuntarily unemployed due to job loss, general strike, unionized labor dispute or lock-out, or totally disabled due to sickness or injury and cannot perform the material and substantial duties of your job, payments will be made for up to 12 months** or until you return to work, whichever comes first. Total benefits will be paid up to the least of your insured outstanding balance at the date of loss, the amount of your credit limit, or $15,000. Benefits begin after the 30th consecutive day of your unemployment or disability. For Michigan residents, the disability benefit is 1/30th of the monthly benefit for each day of disability over 30 days. The monthly benefit equals 5% of the lesser of the balance due under your account on the first day of disability or $15,000. Unemployment insurance does not cover retirement, resignation, voluntary forfeiture of income, job loss because of willful or criminal misconduct or disability otherwise covered or expressly excluded by GoldPlus (Strike coverage is not available in Illinois). Disability insurance does not cover losses caused by normal pregnancy (except in CA, MA and NV) or childbirth (except in CA, MA, NC, NV and VA), intentionally self-inflected injuries (except in MD), or a condition which required medical diagnosis or treatment in the six months before your coverage began if the loss occurs in the first six months of coverage (except in NJ).

**Life and Dismemberment Insurance Benefits & Terms:** Payment will be made in the amount of the insured outstanding balance at the time of death (not to exceed the lesser of your credit limit or $15,000). Life insurance does not cover suicide during the first six months of coverage (except in MD or MO). Dismemberment is not available in CA, DE, ID, KS, RI and WA.

**Costs:** This insurance costs 60¢ per $100 per month (in Iowa 7.2¢ life, 14.4¢ disability, 38.4¢ unemployment, in Idaho 8.6¢ life, 12.6¢ disability, 38.8¢ unemployment, in Virginia 7.5¢ life, 7.5¢ disability, 45¢ unemployment and in Wisconsin 5.0¢ life, 10.0¢ disability, 45.0¢ unemployment); 24.7¢ in Colorado, 42.89¢ in Connecticut, 58.84¢ in Maryland, 40.8¢ in Missouri, 54.3¢ in North Carolina and 33.7¢ in Texas (5.7¢ life, 12¢ disability, 16¢ unemployment) of your insured average daily balance, except in Massa-chusetts, Minnesota and Vermont, where coverage is limited to life and disability insurance at a cost of 18.4¢ in Massachusetts, 23¢ in Minnesota, and 11.1¢ in Vermont (4.9¢ for life and 6.2¢ for disability). Dismemberment

4

premiums are waived. The average daily outstanding balance used to calculate the GoldPlus premium is not necessarily the same as the average daily balance used to calculate finance charges, as displayed on your monthly statement.

**Availability:** This coverage is not available in Alabama, Maine, New York and Pennsylvania.

**Underwriters:** GoldPlus insurance coverages are offered through MBNA America, N.A. at 400 Christiana Road, Newark, DE 19713, and are underwritten by the following insurance companies at P.O. Box 50355, Atlanta, GA 30302. Unemployment by American Security under LOI (5/85) and AS-LOI-TX (6/92), by Standard Guaranty under SG-LOI (5/85) (NH only); Life, Dismemberment and Disability by Union Security Life and Standard Guaranty Life (TX only) under L-I-Z and L-I-Z (3.53RA) (TX only). Soliciting agent for MS: Aaron B. Dupuy, III.

    *Employees of professional corporations are eligible for enrollment.

    **Disability benefits may exceed 12 months in California, Hawaii, Indiana, Michigan, New Jersey, Tennessee, Texas and Wisconsin.

MBNA America® and GoldPlus® are federally registered service marks of MBNA America Bank, N.A.

> **Texas Residents Only.** State law requires that we offer you coverage on a separate basis. If you wish to purchase life and disability or unemployment coverage separately, please call 1-800-462-6230 ext. #500. The appropriate applications will be sent to you.

# Benefits

You will be offered certain Benefits which will be subject to the restrictions outlined in the Benefits Brochure provided to you by MBNA America. MBNA America reserves the right to adjust, add, or delete benefits and services at any time.

# Reasons for Requiring Immediate Payment

You will be in default and we can require immediate payment of all amounts you owe if: (i) you fail to make any required payment by the due date; (ii) your New Balance Total exceeds your credit limit or, if we have established a

separate cash advance credit limit for you, your outstanding cash advance balance exceeds your cash advance credit limit; or (iii) you fail to abide by any other terms of this Agreement.

If you default, unless prohibited by applicable law, we can also require you to pay collection and court costs we incur in a collection proceeding, and a reasonable attorney's fee if we refer your account for collection to an attorney who is not our salaried employee.

Our failure to exercise any of our rights when you default does not mean that we are unable to exercise those rights upon later default.

## Refusal to Honor Your Card

We are not liable for any refusal to honor your card or Premium Access Checks® or Preferred Access Checks® or for any retention of your card by us, any other bank, or any seller or lessor of goods or services.

## Termination

We may suspend or terminate your rights to obtain credit at any time for any reason. Your obligations under this Agreement continue after the Agreement is terminated.

## Amendments

We may amend the Agreement by complying with the applicable notification requirements of federal law and those laws of the State of Delaware. Under current law, if we amend the Agreement to either increase the Finance Charge on any balance or increase any other charge which is considered interest under Delaware law, we may require you to pay the higher Annual Percentage Rate or other higher interest charges unless: 1) you write to us at the address and by the date stated in the notice and reject the amendment, and 2) your account is not used after a date specified in our notice. We may ask you to return all credit devices as a condition of your rejection. The amended Agreement (including the higher rate or other higher charges) will apply to the entire unpaid balance, including the balance existing before the amendment became effective. We may replace your credit card with another card at any time.

# Credit Limit

The total amount of credit (purchases plus cash advances) outstanding at any time, together with all charges added to your account, must not be more than your credit limit. Your credit limit is shown on your card carrier and generally on each monthly statement. We may change your credit limit or limits from time to time, and we will notify you if we do. We may also establish a separate credit limit for cash advances. If we do, your outstanding cash advance balance may not exceed this cash advance limit.

# Request for Credit Over Your Credit Limits

If you request credit in any form which, if granted, would result in either your total outstanding balance, including authorized purchases not yet posted to your account, being more than your credit limit or your cash advance balance being more than your separate cash advance credit limit, if we have established one for you, (whether or not such balances before the request were more than the respective credit limit), we may:

- Honor the request without permanently raising your credit limit;
- Honor the request and treat the amount which is more than your credit limit as immediately due; or
- Refuse to honor the request. We may advise the person who made the request that it has been refused. If we refuse to honor a check, we may do so by advising the person presenting the check that credit has been refused, that there are insufficient funds to pay the check, or in any other manner.

If we have previously honored requests for credit over your credit limit, it does not mean that we will honor further overlimit requests. If we decide to honor such a request, we may assess an overlimit fee as provided in this Agreement.

# Unauthorized Use of Your Card

You may be liable for the unauthorized use of your card. You will not be liable for unauthorized use that occurs after you notify us at MBNA America, P.O. Box 15021, Wilmington, DE 19850, (Telephone 1-800-421-2110), orally or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50.

# Governing Law

This Agreement is made in Delaware. It is governed by the laws of the State of Delaware and by any applicable federal laws. You agree that any litigation brought by you against us regarding this account or this Agreement shall be brought in a court located in the State of Delaware.

If any part of this Agreement is found to be invalid, the rest remains effective. Our failure or delay in exercising any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

All persons who initially or subsequently request, accept or use the account are individually and together responsible for any outstanding balance. If two or more persons are responsible to pay any outstanding balance, we may refuse to release any of them from liability until all of the unexpired cards outstanding under the account have been returned to us and the balance is paid in full.

From time to time, we may require you to provide us with updated credit information. We may report information relating to the use of this card to credit reporting agencies. You must return all credit cards to us on request.

# Exhibit B

IMPORTANT AMENDMENTS
TO YOUR CREDIT CARD AGREEMENT

These Amendments change the terms of your Credit Card Agreement. Please read this document carefully and keep it with your Credit Card Agreement. Except for these Amendments, the terms of your Credit Card Agreement continue in full force and effect.

- Effective with transactions that post to your account on or after January 15, 2000, if you obtain a Check Cash Advance, a Balance Transfer, or an Other Cash Advance, we will assess a transaction fee (**FINANCE CHARGE**) equal to 3.00% of the U.S. Dollar amount of each such Cash Advance (Minimum Fee: $5.00; Maximum Fee $30.00).

- Effective with transactions that post to your account on or after January 15, 2000, if you obtain a Bank Cash Advance, an ATM Cash Advance, or a Cash Equivalent, we will assess a transaction fee (**FINANCE CHARGE**) equal to 3.00% of the U.S. Dollar amount of each such Cash Advance (Minimum Fee: $5.00).

- Effective April 8, 2000, your Minimum Payment will be calculated as follows: The Total Minimum Payment Due each billing cycle will be the sum of the Current Payment plus all past due amounts. The Current Payment each billing cycle will be the lesser of: 1) the sum of all Periodic Rate Finance Charges, Transaction Fees, and Account Fees (excluding Returned Cash Advance Check Fees, Copy Fees, and Abandoned Property Charges) plus $15; or 2) 2.25% of the New Balance Total. The Current Payment will never be less than $15 unless your New Balance Total is less than $15 in which case the Total Minimum Payment Due will equal the New Balance Total. If a payment is credited to your account but is returned unpaid in a later billing cycle, we will recalculate the Current Payment for the billing cycle in which the payment was originally credited.

- You consent to and authorize MBNA America, any of its affiliates, or its marketing associates to monitor and/or record any of your telephone conversations with our representatives or the representatives of any of those companies.

- As provided in your Credit Card Agreement and under Delaware law, we are amending the Credit Card Agreement to include an Arbitration Section. Please read it carefully because it will affect your right to go to court, including any right you may have to have a jury trial. Instead, you (and we) will have to arbitrate claims. You may choose not to be subject to this Arbitration Section by following the instructions at the end of this notice. This Arbitration Section will become effective on February 1, 2000. The Arbitration Section reads:

**Arbitration**: Any claim or dispute ("Claim") by either you or us against the other, or against the employees, agents or assigns of the other, arising from or relating in any way to this Agreement or any prior Agreement or your account (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties or declaratory or equitable relief), including Claims regarding the applicability of this Arbitration Section or the validity of the entire Agreement or any prior Agreement, shall be resolved by binding arbitration. " The arbitration shall be conducted by the National Arbitration Forum ("NAF"), under the Code of Procedure in effect at the time the claim is filed. Rules and forms of the National Arbitration Forum may be obtained and Claims may be filed at any National Arbitration Forum office, www.arb-forum.com, or P.O. Box 50191, Minneapolis, Minnesota 55405, telephone 1-800-474-2371. If the NAF is unable or unwilling to act as arbitrator, we may substitute another nationally recognized, independent arbitration organization that uses a similar code of procedure. At your written request, we will advance any arbitration filing fee, administrative and hearing fees which you are required to pay to pursue a Claim in arbitration. The arbitrator will decide who will be ultimately responsible for paying those fees. In no event will you be required to reimburse us for any arbitration filing, administrative or hearing fees in an amount greater than what your court costs would have been if the claim had been resolved in a state court with jurisdiction. Any arbitration hearing at which you appear will take place within the federal judicial district that includes your billing address at the time the Claim is filed. This arbitration agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA"). Judgment upon any arbitration award may be entered in any court having jurisdiction. The arbitrator shall follow existing substantive law to the extent

consistent with the FAA and applicable statutes of limitations and shall honor any claims or privilege recognized by law. If any party requests, the arbitrator shall write an opinion containing the reasons for the award.

No Claim submitted to arbitration is heard by a jury and no Claim may be brought as a class action or as a private attorney general. You will not have the right to act as a class representative or participate as a member of a class of claimants with respect to any Claim. This Arbitration Section does not apply to Claims between you and us previously asserted in any lawsuits filed before the date this Arbitration Section becomes effective. However, this Arbitration Section applies to all Claims now in existence or that may arise in the future.

This Arbitration Section shall survive the termination of your account with us as well as any voluntary payment of the debt in full by you, any bankruptcy by you or sale of the debt by us.

For the purposes of this Arbitration Section, "we" and "us" means MBNA America Bank, N.A., its parent, subsidiaries, affiliates, licensees, predecessors, successors, assigns, and any purchaser of your account, and all of the officers, directors, employees, agents and assigns or any and all of them. Additionally, "we" or "us" shall mean any third party providing benefits, services, or products in connection with the account (including but not limited to credit bureaus, merchants that accept any credit device issued under the account, rewards or enrollment services, credit insurance companies, debt collectors and all of their officers, directors, employees and agents) if, and only if, such a third party is named by you as a co-defendant in any Claim you assert against us. Also, for the purposes of this Arbitration Section, "you" or "yours" shall mean any person or entity approved by us to use the account, including but not limited to all persons or entities contractually obligated on the Account and all authorized users of the account.

If any part of this Arbitration Section is found to be invalid or unenforceable under any law or statute consistent with the FAA, the remainder of this Arbitration Section shall be enforceable without regard to such invalidity or unenforceability.

THE RESULT OF THIS ARBITRATION SECTION IS THAT, EXCEPT AS PROVIDED ABOVE, CLAIMS CANNOT BE LITIGATED IN COURT, INCLUDING SOME CLAIMS THAT COULD HAVE BEEN TRIED BEFORE A JURY, AS CLASS ACTIONS OR AS PRIVATE ATTORNEY GENERAL ACTIONS.

*If you do not wish your account to be subject to this Arbitration Section, you must write to us at MBNA America, P.O. Box 15565, Wilmington, DE 19850. Clearly print or type your name and credit card account number and state that you reject this Arbitration Section. You must give notice in writing; it is not sufficient to telephone us. Send this notice only to the address in this paragraph; do not send it with a payment. **We must receive your letter at the above address by January 25, 2000 or your rejection of the Arbitration Section will not be effective.***

© 1999 MBNA America Bank, N.A.

# Exhibit C

## CREDIT PROTECTION PLAN with Bonus Credit Report

☑ **YES!** Enroll me in OPTIONAL Credit Protection. I have read the disclosures on the reverse. I understand the cost is $0.85 cents per $100 of my Plan balance and that I can cancel at any time. Purchase is not a condition to obtaining credit. I authorize the Credit Protection fee to be billed to my account monthly.

X _____
Initial Here

**I also wish to enroll my other MBNA account, ending in** __ __ __ __   (last 4 digits)

92R5C70X68U2091R

Name and Address

ROBERT S DORFMAN
48 CHERRY TREE RD
COTUIT MA
02635-330748

0007623

### Important Offer . . .

Enroll your account(s) and you're eligible to receive a bonus credit report and quarterly activity updates.

## Credit Protection is not automatic!

To enroll and receive your bonus credit report and monitoring service activity, please initial and return the response form or call 1-877-884-5580.

## ENROLL TODAY!

N

**Reward Yourself With Air Travel, Hotel Stays, Brand-Name Merchandise, and More!** It's simple; you'll earn one point for every dollar in purchases charged to your credit card. Redeem your points online at www.mbnaplusrewards.com.   **Start earning your points today!**

| ACCOUNT NUMBER: **4264 2951 5107 4332** | CREDIT LINE: **$25,400** | NUMBER OF CARDS: **1** |
| --- | --- | --- |

- To order additional or replacement cards, call us toll free at 1-800-421-2110.
- Please sign the back of your card now. Your card must be signed to be valid.
- Destroy any old cards relating to this account number.
- Verify your name and address. Notify us if corrections are required.

- Information regarding your account benefits will be mailed separately.
- See the enclosed credit card agreement for more information.
- You may use your available credit for both cash advances and purchases.

### REQUIRED FEDERAL DISCLOSURE

**Definitions:** Cash Advance is (1) a transaction drawing upon your account at an automated teller machine ("ATM Cash Advance"); (2) a transaction at any financial institution drawing upon your account, including overdraft protection transactions if this account is eligible for and properly enrolled in such a program, or the reposting of any payment that has been returned unpaid and any related finance charges ("Bank Cash Advance"); (3) an electronic or other transfer of funds drawing upon your account that is not otherwise an ATM Cash Advance or a Bank Cash Advance ("Balance Transfer"); (4) use of a check provided by us (i.e., in which you sign the check as the drawer) drawing upon your account ("Check Cash Advance"); and (5) any other method of obtaining a cash loan, and all fees associated with any Cash Advances ("Other Cash Advance").

A "Purchase" is (1) a transaction using your card to purchase or lease goods or services from one who honors the card; (2) a transaction and the fees associated with using your card to purchase "Cash Equivalents" (i.e., wire transfers, person-to-person money transfers, money orders, bets, lottery tickets, and casino gaming chips) anywhere other than a bank; (3) Account Fees; and (4) any other transaction that is not otherwise a Cash Advance.

"APR" means Annual Percentage Rate. "DPR" means Daily Periodic Rate and is calculated by dividing the APR by 365.

From time to time we may offer you different interest rates on certain categories of Purchase or Cash Advance transactions. Categories A and B contain Cash Advance transactions. Category C contains Purchase transactions. Category D contains Other Balances which may include from

time to time Purchase transactions and/or any pre-existing Cash Advance balances (which will be treated as previous Purchase balances) or Purchase transactions.

**Periodic Rate Finance Charges:** We calculate Periodic Rate Finance Charges for each category by multiplying its Balance Subject to Finance Charge by the applicable DPR and that result by the number of days in the billing cycle.

The current DPR for Category A Balance Transfers and Check Cash Advances is 0.004657% (corresponding **ANNUAL PERCENTAGE RATE of 1.70%**). The DPR and corresponding APR for Category A Balance Transfers and Check Cash Advances are promotional rates in effect through your statement Closing Date in March 2003. Thereafter, the DPR for all new and outstanding Category A Balance Transfers and Check Cash Advances will be 0.035589% (corresponding **ANNUAL PERCENTAGE RATE of 12.99%**). Through this promotional period, if any minimum payment is not received by its Payment Due Date, then on the first day of the billing cycle in which such payment is missed, the DPR for all new and outstanding Category A Balance Transfers and Check Cash Advances will be 0.035589% (corresponding **ANNUAL PERCENTAGE RATE of 12.99%**).

The current DPR for Category D Bank and ATM Cash Advances and Category C Purchases is 0.035589% (corresponding **ANNUAL PERCENTAGE RATE of 12.99%**. The current DPR for Category D Other Balances is 0.035589% (corresponding **ANNUAL PERCENTAGE RATE of 12.99%**).

**Grace Period/When Finance Charges Begin to Accrue:** Your Payment Due Date will be at least 25 days from your statement's Closing Date. Periodic Rate Finance Charges will accrue on new Purchases only if the prior statement's New Balance Total, if any, is not paid in full by its Payment Due Date. Periodic Rate Finance Charges will accrue on previous Purchases only if either of the two prior statement's New Balance Totals, if any, are not paid in full by their respective Payment Due Dates. When applicable, Periodic Rate Finance Charges on each Purchase accrue daily from the transaction date or the first day of the billing cycle, whichever date is later, until the date each Purchase is completely repaid according to the payment allocation method then in effect.

Periodic Rate Finance Charges on each Cash Advance accrue daily from the transaction date until the date each Cash Advance is completely repaid according to the payment allocation method then in effect.

**Categories A and B - Average Cash Advance Balance Method:** We calculate the Balance Subject to Finance Charge for each Cash Advance category as follows: Each day of the current billing cycle, we take the beginning Cash Advance balance, including accrued but unpaid Finance

Charges, add new Cash Advances, and subtract payments or credits. This gives us the daily Cash Advance balance. If any daily Cash Advance Balance is less than zero we will treat that balance as zero. We add together the current billing cycle's daily Cash Advance balances. We then include, for each day prior to the current billing cycle, balances on Cash Advances that had a transaction date prior to the current billing cycle but which were posted to your account in the current billing cycle. We divide this total by the number of days in the billing cycle. This gives us the Average Cash Advance Balance (a Balance Subject to Finance Charge).

**Categories C and D - Average Daily Balance Method:** We calculate the Balance Subject to Finance Charge for each of these categories as follows: Each day, we take the beginning balance, including accrued but unpaid Finance Charges, add new transactions and new Account Fees, and subtract payments or credits. This gives us the daily balance. We do not include the costs for the MBNA Credit Protection plan or for credit insurance purchased through MBNA America in the beginning balance until the first day of the billing cycle after the billing cycle in which they are billed. We do not add new transactions, new Account Fees, or new Cash Equivalent Transaction Fees when the prior statement's New Balance Total, if any, is paid in full by its Payment Due Date. If any daily balance is less than zero we will treat that balance as zero. We add the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the Average Daily Balance (a Balance Subject to Finance Charge).

**Transaction Fee Finance Charges:** If you use your card to purchase Cash Equivalents, we will assess a transaction fee (FINANCE CHARGE) equal to 3.00% of the U.S. Dollar amount of each such Purchase (Fee: Min. $5.00). If you obtain a Bank Cash Advance, we will assess a transaction fee (FINANCE CHARGE) equal to 3.00% of the U.S. Dollar amount of each such

Cash Advance (Fee: Min. $5.00). If you obtain an ATM Cash Advance, we will assess a transaction fee (FINANCE CHARGE) equal to 3.00% of the U.S. Dollar amount of each such Cash Advance (Fee: Min. $5.00). If you obtain a Check Cash Advance, a Balance Transfer, or an Other Cash Advance, we will assess a transaction fee (FINANCE CHARGE) equal to 3.00% of the U.S. Dollar amount of each such Cash Advance (Fee: Min. $5.00; Max. $40.00).

**Account Fees:** (1) A Late Fee of $15.00 each time you fail to make the required Minimum Payment shown on your statement by its Payment Due Date; (2) Overlimit Fee: $15.00; (3) Returned Payment Fee: $29.00; (4) Returned Cash Advance Check Fee: $29.00; (5) a Copy Fee of $2.50 per monthly statement and $2.50 per sales draft; however, the six most recent monthly statements and six sales drafts will be provided free of charge.

**Minimum Payment:** The Total Minimum Payment Due each billing cycle will be the sum of the Current Payment plus all past due amounts. The Current Payment each billing cycle will be the lesser of: 1) the sum of all Periodic Rate Finance Charges, Transaction Fees, and Account Fees (excluding Returned Cash Advance Check Fees, Copy Fees, and Abandoned Property Charges) plus $15.00; or 2) 2.25% of the New Balance Total. The current payment will never be less than $15.00 unless your New Balance Total is less than $15.00 in which case the Total Minimum Payment Due will equal the New Balance Total. If a payment is credited to your account but is returned unpaid in a later billing cycle, we will recalculate the Current Payment for the billing cycle in which the payment was originally credited.

### Your Billing Rights

**Keep this notice for future use.**

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify us in case of errors or questions about your bill.** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at MBNA America Bank, N.A., P.O. Box 15026, Wilmington, DE 19850. Write to us as soon as possible. Do not send the notice on or with your payment. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following: 1) your name and account number; 2) the dollar amount of the suspected error; and 3) a description of the error and an explanation, if you can, of why you believe there is an error. If you need more information, describe the item you are not sure about.

**PLEASE KEEP THIS CARD CARRIER. IT IS PART OF YOUR AGREEMENT.**

(Continued on reverse side)

**CREDIT PROTECTION SUMMARY.** The Plan is optional and not a condition to granting credit. Complete terms and conditions are sent at enrollment. You have 30 days from enrolling to cancel without cost. In a benefit period, charging privileges are suspended; finance charges accrue. Subject to conditions/ limits, the Plan provides a monthly payment benefit and a total debt benefit. A monthly benefit cancels the Current Payment for Involuntary Unemployment (IU), Hospitalization, Total Disability (TD), or unpaid, employer-approved Family Leave of Absence (FLA). A total debt benefit cancels the balance owed for Accidental Death (*Covered Occurrences*). Up to 24 (3 for FLA) total payments cancelled per benefit period. The amount cancelled as of a Covered Occurrence is the lesser of $25,000 or the balance owed. <u>Eligibility.</u> A primary/co-applicant can enroll. An account can't enroll/remain enrolled if past due. Enrollment must precede a Covered Occurrence. TD and Hospitalization exclude conditions diagnosed/ treated within 6 months of enrollment. An enrolled person must have worked 30+ hours/week in a permanent job-not self-employed/independent contractor-for 30 consecutive days for IU (90 for FLA). TD/IU/FLA must continue for 30 consecutive days before benefits may begin. On enrollment, a <u>Plan Fee</u> is assessed by multiplying a monthly rate ($0.85 per $100) by the Plan balance each billing cycle. The Plan balance is the greater of the New Balance Total less the Plan Fee billed or the total of the Balances Subject to Finance Charge, with a $25,000 maximum. The Plan Fee bills as a Purchase/Other Charge and is added to the balance monthly. For Gold Option lines of credit, purchase will extend the repayment period. The rate may change. This is debt cancellation, not insurance. Not available in all states. May be taxable.



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
**FIRST-CLASS MAIL   PERMIT NO. 317   WILMINGTON, DE**

POSTAGE WILL BE PAID BY ADDRESSEE

**Credit Protection Plan**
**P.O. BOX 15114**
**WILMINGTON, DE 19885-5114**

(Continued from bottom panel on reverse side)

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

**Your rights and our responsibilities after we receive your written notice.** We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question or report you as delinquent. We can continue to bill you for the amount you question including Finance Charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If we find that we made a mistake on your bill, you will not have to pay any Finance Charges related to any questioned amount. If we did not make a mistake, you may have to pay Finance Charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within twenty-five (25) days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill, and we must tell you the name of anyone we report you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we do not follow these rules, we cannot collect the first $50 of the questioned amount, even if your bill was correct.

**Special Rule for Credit Card Purchases.** If you have a problem with the quality of the property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right:

1) You must have made the purchase in your home state or, if not within your home state, within 100 miles of your current mailing address; and
2) The purchase price must have been more than $50.

These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MBNA America®, MBNA and *Platinum Plus* are service marks of MBNA America Bank, N.A. © 2000 MBNA America Bank, N.A. This credit card is issued and administered by MBNA America Bank, N.A.

## Selected Sections

- Privacy notice
- Accuracy of Information / Credit Reporting
- How to Use your Account
- We May Amend
- When Law Applies
- Arbitration and Litigation

# Your Contract With Us

Your Credit Card Agreement with us consists of these Additional Terms and Conditions and the document called the Required Federal Disclosures or the Initial Disclosure. You agree to the terms and conditions of this Agreement. For the purpose of the *Privacy Notice*, we will use the definitions contained in the *Privacy Notice*. For the remainder of the Agreement, we will use the definitions described under the section heading *Words Used Often in This Agreement*.

## Important Infomation About Your Financial Privacy

MBNA is the world's largest independent credit card issuer. Our financial products and services are endorsed by thousands of organizations and financial institutions. We back our financial products and services with top quality service. Collecting and sharing information about you helps us do this. This notice explains MBNA's information collection and sharing practices and lets you choose whether MBNA may share certain information about you.

This notice describes the privacy practices of MBNA Corporation and all its affiliates, including:

- MBNA America Bank, N.A.
- MBNA America (Delaware), N.A.
- MBNA Technology, Inc.
- MBNA Marketing Systems, Inc.
- MBNA Insurance Agency, Inc.

(We'll refer to these collectively as "MBNA"), for financia products and services governed by the laws of the Unite States of America.

**Our Security Procedures Protect Your Information**

We work hard to keep information secure. For exampl our information security policies:

- Govern retention of sensitive information;
- Restrict access to information systems; and
- Specify password requirements.

Our practices and procedures meet federal standards. Further, we share only the information we believe is needed to offer a product or service efficiently. Finally, we restrict the use of such information and require that be kept secure.

**Information We Collect to Conduct Our Business**

We collect information about you to conduct our busi ness and deliver the top quality service you expect. Sources include:

- Information we receive from you.
- Information we receive from third parties, such as consumer reporting agencies, to verify statements you've made to us, or regarding your employment, credit, or other relationships.
- Information about your transactions with MBNA and with other companies.

## Information Shared Within MBNA

We may share all the information we collect within MBNA. For example, we may share:

- Identification information (such as name and address);
- Transaction and experience information (such as purchases and payments);
- Credit eligibility information (such as credit reports); and
- Other information.

You may tell us not to share credit eligibility information about you within MBNA, as explained below in the section captioned, "Information Sharing: It's Your Choice." Your choice will not affect the sharing of identification and transaction and experience information.

## Information Shared Outside of MBNA

We may share all the information we collect with the following types of companies outside of MBNA:

- Financial service companies (like banks, insurance companies, securities broker-dealers, and organizations with which we have joint marketing agreements);
- Non-financial companies (like retailers, direct marketers, communications companies, travel companies, and organizations endorsing MBNA);
- Companies performing marketing or other services for us (like data processing or direct mail services); and
- Other companies (like nonprofit organizations).

We may also share all of the information we collect with companies outside of MBNA as permitted by law.

You may tell us not to share information about you with companies outside of MBNA, as explained below in the section captioned, "Information Sharing: It's Your Choice." Your choice will not affect sharing with:

- Companies performing marketing or other services for us;
- Other financial institutions under joint marketing agreements;
- Government entities in response to subpoenas or regulatory requirements;
- Consumer reporting agencies; and
- As otherwise permitted by law.

## Information Sharing: It's Your Choice

We respect your choices related to privacy. You may tell us not to share credit eligibility information within MBNA and not to share information with companies outside of MBNA as described above. **If you wish to opt out of such information sharing, please call our toll-free automated response line at 1-866-751-1255.**

We will ask you to verify your identity and the specific accounts to which your opt out applies. Please have your account, membership, or reference numbers available when you call. For deposit accounts, please have your Social Security number or Taxpayer Identification number available when you call.

MBNA applies opt outs at the account level, not by individual Customer. When any person listed on an account opts out, we opt out the entire account. This

includes the applicants, joint account holders, and authorized users. MBNA follows these privacy practices if an account is closed or becomes inactive.

Your opt out remains effective until revoked in writing. Federal law requires us to provide this notice on an annual basis, whether or not you previously opted out. **Please remember that if you previously opted out an account you do not need to opt out that account again.**

**Important Information for Vermont Customers**

The information sharing practices described above are in accordance with Federal law. Vermont law places additional limits on sharing information about Vermont residents so long as they remain residents of Vermont. In accordance with Vermont law, MBNA will not share information we collect about Vermont residents to companies outside of MBNA except:

- As permitted by law;
- To companies that perform marketing or other services on our behalf;
- Name, contact and transaction and experience information (such as your account balance and payment history) to other financial institutions with which we have joint marketing agreements; or
- With the authorization or consent of the Vermont resident.

MBNA will not share credit eligibility information about Vermont residents within MBNA except with the authorization or consent of the Vermont resident.

**Updates and Additional Information**

This notice replaces any previous notices from MBNA about the privacy, security, and protection of information. For additional information regarding our Internet privacy practices, and to view the current version of this privacy notice, go to http://www.mbna.com/privacy.html. You may have other privacy protections under state laws. We may amend this privacy notice at any time. We will inform you of changes as required by law.

**_Tips to Protect Your Information_**

*MBNA works hard to keep your information secure. You can help by following these tips to protect your information:*

- *Store personal information in a safe place and tear up or shred old receipts and account statements before throwing them away.*
- *Protect your PINs and other passwords. Do not share them with anyone unless it's for a service or transaction you request and you are confident the other party will protect the information as you would.*
- *Carry only the minimum amount of identifying information you require.*
- *Pay attention to billing cycles and statements. Inquire if you do not receive a bill.*
- *Check account statements carefully to ensure all charges, checks, or withdrawals are authorized.*
- *Guard your mail from theft. Do not leave bill payment envelopes in your mailbox with the flag up. Instead, deposit them in a post office collection box or at the local post office. Promptly remove incoming mail.*

*Order copies of your credit report from each of the three major credit bureaus once a year to ensure they are accurate. The law permits the credit bureaus to charge up to $8.00 for a copy of the report (unless you live in a state that requires the credit bureaus to provide you with one free copy of your report annually).*

- *If you believe you are a victim of identity theft take immediate action and keep records of your conversations and correspondence. While the steps you must take will vary with your individual circumstances, three basic actions are appropriate in almost every case:*

  - *Contact the creditors for any accounts that have been tampered with or opened fraudulently.*

  - *Contact the fraud departments of each of the three major credit bureaus:*

    ➤ *Equifax: 1-800-525-6285*
        *P.O. Box 740241, Atlanta, GA 30374-0241*
    ➤ *Experian: 1-888-397-3742*
        *P.O. Box 9532, Allen, TX 75013*
    ➤ *Trans Union: 1-800-680-7289*
        *P.O. Box 6790, Fullerton, CA 92834*

  - *File a report with your local police or the police in the community where the identity theft took place and get a copy of the police report.*

*Although many consumers appreciate the convenience and customer service of direct marketing:*

- *If you prefer not to receive pre-approved offers of credit, you can opt out of such offers by calling 1-888-5-OPT OUT.*

- *If you want to remove your name from many national direct mail lists, send your name and address to:*

  *DMA Mail Preference Service*
  *P.O. Box 643*
  *Carmel, NY 10512*

- *If you want to reduce the number of telephone solicitations from many national marketers, send your name, address and telephone number to:*

  *DMA Telephone Preference Service*
  *P.O. Box 1559*
  *Carmel, NY 10512*

*From "ID Theft: When Bad Things Happen to Your Good Name", Federal Trade Commission, February 2002*

## Words Used Often in This Agreement

"Agreement" or "Credit Card Agreement" means these Additional Terms and Conditions and the Required Federal Disclosures (or the Initial Disclosure) and any changes we make to those documents from time to time.

"You" and "your" mean each and all of the persons who are granted, accept, or use an account we hold. "You" and "your" also mean any other person who has guaranteed payment of this account, when used in the sections entitled *We May Monitor and Record Telephone Calls* and *Arbitration and Litigation* and when used in each of the sections relating to payment of this account (*Your Promise to Pay* and *How We Allocate Your Payments*, for example).

"We," "us," "our", and "MBNA America" mean MBNA America Bank, N.A.

"Card" means all the credit cards we issue to you and to any other person with authorization to use this account pursuant

to this Agreement.

"Access check" means an access check we provide to you to make a Check Cash Advance on your account.

If we use a capitalized term in this document but do not define the term in this document, the term has the meaning given in the Required Federal Disclosures or the Initial Disclosure or as used in your monthly statement.

We use section headings (such as *Words Used Often in This Agreement*) to organize this Agreement. The actual terms of this Agreement are in the sentences that follow and not the headings.

## Sign Your Card

You should sign your card before you use it.

## We May Monitor and Record Telephone Calls

You consent to and authorize MBNA America, any of its affiliates, or its marketing associates to monitor and/or record any of your telephone conversations with our representatives or the representatives of any of those companies.

## Credit Reporting Agencies

You authorize MBNA America to collect information about you, including credit reports from consumer reporting agencies.

If you believe we have furnished inaccurate or incomplete information about you or your account to a credit reporting agency, write us at: MBNA, Credit Reporting Agencies, P.O. Box 17054, Wilmington, DE 19884-7054. Please include your name, address, home phone number, and account number, and explain what you believe is inaccurate or incomplete.

## How to Use Your Account

You may obtain credit in the form of Purchases and Cash Advances by using your cards, access checks, account number, or other credit devices. Please refer to your Required Federal Disclosures or Initial Disclosure to determine what transactions constitute Purchases and Cash Advances and how you may obtain them.

## Transaction Date for Certain Cash Advances

The transaction date for Check Cash Advances and Balance Transfers done by check is the date you or the person to whom the check is made payable first deposits or cashes the check. The transaction date for a returned payment (which will then be classified as a Bank Cash Advance) is the date that the corresponding payment posted to your account.

## Purposes for Using Your Account

You may use your account for personal, family, or household purposes. You may not use your account for business or commercial purposes. You may not use a Check Cash Advance, or any other Cash Advance, to make a payment on this or any other credit account with us. You may not use or permit your account to be used to make any illegal transaction.

## Persons Using Your Account

If you permit any person to use your card, access checks, account number, or other credit device with the authorization to obtain credit on your account, you may be liable for all transactions made by that person, including transactions for which you may not have intended to be liable, even if the amount of those transactions causes your credit limit to be exceeded. Authorized users of this account may have the same access to information about the account and its users as the account holders.

5

## How You May Stop Payment on an Access Check

You may request a stop payment on an access check by providing us with the access check number, dollar amount, and payee exactly as they appear on the access check. Oral and written stop payment requests on an access check are effective for six months from the day that we place the stop payment.

## You May Not Postdate an Access Check

You may not issue a postdated access check on your account. If you do postdate an access check, we may elect to honor it upon presentment or return it unpaid to the person who presented it to us for payment, without, in either case, waiting for the date shown on the access check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## Your Promise to Pay

You promise to pay us the amounts of all credit you obtain, which includes all Purchases and Cash Advances. You also promise to pay us all the amounts of finance charges, fees, and any other transactions we charge against your account.

## Payments on Your Account

You must pay each month at least the Total Minimum Payment Due shown on your monthly statement by your Payment Due Date. You may pay the entire amount you owe us at any time. Payments made in any billing cycle that are greater than the Total Minimum Payment Due will not affect your obligation to make the next Total Minimum Payment Due. If you overpay or if there is a credit balance on your account, we will not pay interest on such amounts. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Payment of your Total Minimum Payment Due may not avoid the assessment of Overlimit Fees. Generally, credits to your account, such as those generated by merchants or by person-to-person money transfers, are not treated as payments and will not reduce your Total Minimum Payment Due.

## When Your Payment Will Be Credited to Your Account

We credit payments as of the date received, if the payment is (1) received by 2 p.m. (Eastern Time); (2) received at the address shown in the upper left-hand corner of the front of your monthly statement; (3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (4) sent in the return envelope with only the top portion of your statement accompanying it. Payments received after 2 p.m. on any day, including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Credit for any other payments may be delayed up to five days.

## How We Allocate Your Payments

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after your latest statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

## Promise to Pay Applies to All Persons

All persons who initially or subsequently request, accept, guarantee, or use the account are individually and together responsible for any total outstanding balance. We may refuse to

release from liability any person who is responsible to pay any total outstanding balance, until all of the cards, access checks, and other credit devices outstanding under the account have been returned to us and any such person or persons repays us the total outstanding balance owed to us at any time under the terms of this Agreement.

## Default

You will be in default of this Agreement if: (1) you fail to make any required Total Minimum Payment Due by its Payment Due Date; (2) your total outstanding balance exceeds your credit limit; or (3) you fail to abide by any other term of this Agreement. Solely for the purposes of determining eligibility and premium payment obligations for the optional credit insurance purchased through MBNA, you will be deemed in default or delinquent if you fail to make a payment within 90 days of your Payment Due Date. Our failure to exercise any of our rights when you default does not mean that we are unable to exercise those rights upon later default.

## When We May Require Immediate Payment

If you are in default, we can require immediate payment of your total outstanding balance and, unless prohibited by applicable law and except as otherwise provided under the *Arbitration and Litigation* section of this Agreement, we can also require you to pay the costs we incur in any collection proceeding, as well as reasonable attorneys' fees if we refer your account for collection to an attorney who is not our salaried employee.

## Other Payment Terms

We can accept late payments, partial payments, or payments with any restrictive writing without losing any of our rights under this Agreement. This means that no payment, including those marked with "Paid in full" or with any other restrictive words, shall operate as an accord and satisfaction without the prior written approval of one of our senior officers. You may not use a postdated check to make a payment. If you do postdate a payment check, we may elect to honor it upon presentment or return it uncredited to the person who presented it, without, in either case, waiting for the date shown on the check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## Payment Holidays

We may allow you, from time to time, to omit a monthly payment. We will notify you when this option is available. If you omit a payment, finance charges and any applicable fees will accrue on your account in accordance with this Agreement. You must resume making your Total Minimum Payment Due each month following a payment holiday.

## Transactions Made in Foreign Currencies

If you make a transaction in a foreign currency, the transaction will be converted by Visa International or MasterCard International, depending on which card you use, into a U.S. dollar amount in accordance with the operating regulations or conversion procedures in effect at the time that the transaction is processed. Currently, those regulations and procedures provide that the currency conversion rate to be used is either (1) a wholesale market rate or (2) a government-mandated rate in effect one day prior to the processing date, increased by one percent in each case. Visa or MasterCard retains this one percent as compensation for performing the currency conversion service. The currency conversion rate in effect on the processing date may differ from the rate in effect on the transaction date or the posting date.

Your billing cycle ends each month on a Closing Date determined by us. Each billing cycle begins on the day after the Closing Date of the previous billing cycle. Each statement reflects a single billing cycle.

## Account Fees and Charges

**Account Fees:** The following fees, which are set forth in your Required Federal Disclosures or Initial Disclosure, are assessed as Purchases in the billing cycle in which the fees accrue:

1) a Late Fee if the Total Minimum Payment Due shown on your monthly statement is not received by us on or before its Payment Due Date;

2) an Overlimit Fee if your total outstanding balance exceeds your credit limit on the Closing Date of a billing cycle, even if fees or finance charges assessed by us cause your total outstanding balance to exceed your credit limit; an Overlimit Fee is assessed to your account as of the day in the billing cycle that your total outstanding balance exceeds your credit limit;

3) a Returned Payment Fee if a payment on your account is returned for insufficient funds or for any other reason, even if it is paid upon subsequent presentment;

4) a Returned Cash Advance Check Fee if we return an access check unpaid for any reason, even if the access check is paid upon subsequent presentment;

5) a Copy Fee for each copy of a monthly statement or sales draft, except that the six most recent monthly statements and six sales drafts will be provided for free; and

6) an Annual Fee if your account is open or if you maintain an account balance, whether you have active charging privileges or not.

**Abandoned-Property Charges:** Unless prohibited by applicable law, we will charge your account, as a Purchase, for any costs incurred by us associated with complying with state abandoned-property laws.

Please review your Required Federal Disclosures or Initial Disclosure for additional fees and charges that may apply to your account.

## Benefits

We may offer you certain benefits and services with your account. Unless expressly made a part of this Agreement, any such benefits or services are not a part of this Agreement but are subject to the terms and restrictions outlined in the benefits brochure and other official documents provided to you from time to time by or on behalf of MBNA America. We may adjust, add, or delete benefits and services at any time and without notice to you.

## Refusal to Honor Your Account

We are not liable for any refusal to honor your account. This can include a refusal to honor your card or account number or any check written on your account. We are not liable for any retention of your card by us, any other bank, or any provider of goods or services.

## We May Suspend or Close Your Account

We may suspend or close your account or otherwise terminate your right to use your account. We may do this at any time and for any reason. Your obligations under this Agreement continue even after we have done this. You must destroy all cards, access checks, and other credit devices on the account when we request that you do so.

## You May Close Your Account

You may close your account by notifying us in writing or by telephone and destroying all cards, access checks, and other credit devices on the account. Your obligations under this Agreement continue even after you have done this.

## Transactions After Your Account Is Closed

When your account is closed, you must contact anyone authorized to charge transactions to your account, such as Internet service providers, health clubs, or insurance companies. These transactions may continue to be charged to your account until you change the billing. Also, if we believe you have authorized a transaction or are attempting to use your account after you have requested to close the account, we may allow the transaction to be charged to your account.

## We May Amend This Agreement

We may amend this Agreement at any time. We may amend it by adding, deleting, or changing provisions of this Agreement. When we amend this Agreement, we will comply with the applicable notice requirements of federal and Delaware law that are in effect at that time. If an amendment gives you the opportunity to reject the change, and if you reject the change in the manner provided in such amendment, we may terminate your right to receive credit and may ask you to return all credit devices as a condition of your rejection. The amended Agreement (including any higher-rate or other higher charges or fees) will apply to the total outstanding balance, including the balance existing before the amendment became effective. We may replace your card with another card at any time.

## We May Sell Your Account

We may at any time, and without notice to you, sell, assign or transfer your account, any sums due on your account, this Agreement, or our rights or obligations under your account or this Agreement to any person or entity. The person or entity to whom we make any such sale, assignment or transfer shall be entitled to all of our rights and/or obligations under this Agreement to the extent sold, assigned or transferred.

## Your Credit Limit

Your credit limit is disclosed to you when you receive your card and, generally, on each monthly statement. We may change your credit limit from time to time.

The amount shown on your monthly statement as Cash or Credit Available does not take into account any Purchases, Cash Advances, finance charges, fees, any other transactions, or credits that post to your account after the Closing Date of that monthly statement. Such transactions could result in your credit limit being exceeded and result in the assessment of Overlimit Fees.

## What We May Do if You Attempt to Exceed Your Credit Limit

The total outstanding balance on your account plus authorization at any time must not be more than your credit limit. If you attempt a transaction that results in your total outstanding balance (plus authorizations) exceeding your credit limit, we may (1) permit the transaction without raising your credit limit; (2) permit the transaction and treat the amount of the transaction that is more than the credit limit as immediately due; or (3) refuse to permit the transaction.

If we refuse to permit the transaction, we may advise the person who attempted the transaction that it has been refused. If we refuse to permit a Check Cash Advance or Balance Transfer, we

9

may do so by advising the person presenting the Check Cash Advance or Balance Transfer that credit has been refused, that there are insufficient funds to pay the Check Cash Advance or Balance Transfer, or in any other manner.

If we have previously permitted you to exceed your credit limit, it does not mean that we will permit you to exceed your credit limit again. If we decide to permit you to exceed your credit limit, we may charge an Overlimit Fee as provided in this Agreement.

## Unauthorized Use of Your Card

Please notify us immediately of the loss, theft, or possible unauthorized use of your account at 1-800-789-6701.

## You Must Notify Us When You Change Your Address

We strive to keep accurate records for your benefit and ours. The post office and others may notify us of a change to your address. When you change your address, you must notify us promptly of your new address.

## What Law Applies

This Agreement is made in Delaware, and we extend credit to you from Delaware. This Agreement is governed by the laws of the State of Delaware (without regard to its conflict of laws principles) and by any applicable federal laws.

## The Provisions of This Agreement Are Severable

If any provision of this Agreement is found to be invalid, the remaining provisions will continue to be effective.

## Our Rights Continue

Our failure or delay in exercising any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

## Arbitration and Litigation

This *Arbitration and Litigation* provision applies to you unless you were given the opportunity to reject the *Arbitration and Litigation* provisions and you did so reject them in the manner and timeframe required. If you did reject effectively such a provision, you agreed that any litigation brought by you against us regarding this account or this Agreement shall be brought in a court located in the State of Delaware.

Any claim or dispute ("Claim") by either you or us against the other, or against the employees, agents or assigns of the other, arising from or relating in any way to this Agreement or any prior Agreement or your account (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties, or declaratory or equitable relief), including Claims regarding the applicability of this *Arbitration and Litigation* section or the validity of the entire Agreement or any prior Agreement, shall be resolved by binding arbitration.

The arbitration shall be conducted by the National Arbitration Forum ("NAF"), under the Code of Procedure in effect at the time the Claim is filed. Rules and forms of the National Arbitration Forum may be obtained and Claims may be filed at any National Arbitration Forum office, www.arb-forum.com, or P.O. Box 50191, Minneapolis, Minnesota 55405, telephone 1-800-474-2371. If the NAF is unable or unwilling to act as arbitrator, we may substitute another nationally recognized, independent arbitration organization that uses a similar code of procedure. At your written request, we will advance any arbitration filing fee, or administrative and hearing fees which you are required to pay to pursue

a Claim in arbitration. The arbitrator will decide who will be ultimately responsible for paying those fees. In no event will you be required to reimburse us for any arbitration filing, administrative or hearing fees in an amount greater than what your court costs would have been if the Claim had been resolved in a state court with jurisdiction. Any arbitration hearing at which you appear will take place within the federal judicial district that includes your billing address at the time the Claim is filed. This arbitration agreement is made pursuant to a transaction involving interstate commerce and shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA"). Judgment upon any arbitration award may be entered in any court having juris- diction. The arbitrator shall follow existing substantive law to the extent consistent with the FAA and applicable statutes of limitations and shall honor any claims or privilege recognized by law. If any party requests, the arbitrator shall write an opinion containing the reasons for the award.

No Claim submitted to arbitration is heard by a jury and no Claim may be brought as a class action or as a private attorney general. You do not have the right to act as a class representa- tive or participate as a member of a class of claimants with respect to any Claim. This *Arbitration and Litigation* section applies to all Claims now in existence or that may arise in the future.

This *Arbitration and Litigation* section shall survive the termination of your account with us as well as any voluntary payment of the debt in full by you, any bankruptcy by you or sale of the debt by us.

For the purposes of this *Arbitration and Litigation* section, "we" and "us" means MBNA America Bank, N.A., its parent, subsidiaries, affiliates, licensees, predecessors, successors, assigns, and any purchaser of your account, and all of their officers, directors, employees, agents and assigns or any and all of them. Additionally, "we" or "us" shall mean any third party providing benefits, services, or products in connection with the account (including but not limited to credit bureaus, merchants that accept any credit device issued under the account, rewards or enrollment services, credit insurance companies, debt collectors and all of their officers, directors, employees and agents) if, and only if, such a third party is named by you as a co-defendant in any Claim you assert against us.

If any part of this *Arbitration and Litigation* section is found to be invalid or unenforceable under any law or statute consistent with the FAA, the remainder of this *Arbitration and Litigation* section shall be enforceable without regard to such invalidity or unenforceability.

THE RESULT OF THIS ARBITRATION AGREEMENT IS THAT, EXCEPT AS PROVIDED ABOVE, CLAIMS CANNOT BE LITIGATED IN COURT, INCLUDING SOME CLAIMS THAT COULD HAVE BEEN TRIED BEFORE A JURY, AS CLASS ACTIONS OR AS PRI- VATE ATTORNEY GENERAL ACTIONS.

©2002 MBNA America Bank, N.A.

All rights reserved

**NEXT90 (Revised 8/2002)**