UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT S. DORFMAN,
        Plaintiff,
   v.
MBNA AMERICA BANK, N.A.,
        Defendant.

Civil Action No. 05-10060-DPW

**DEFENDANT'S REQUEST FOR LEAVE TO FILE REPLY MEMORANDUM**

Pursuant to Local Rule 7.1(B)(3), Defendant MBNA America Bank, N.A. ("MBNA") hereby requests leave to file a Reply Memorandum in response to Plaintiff's Opposition to Defendant's Notice of Removal and Motion to Compel Arbitration; Objection to Affidavit of Ken Ballinger and Transcript of Robert Diamond v. MBNA; Request for Sanctions Pursuant to Rule 11 ("Opposition").  In support of its Request, MBNA states that:

    1.    On February 2, 2005, MBNA received Plaintiff's Opposition.  No hearing date has yet been set in this matter.

    2.    Plaintiff's Opposition includes a number of issues not addressed in Defendant's Motion to Dismiss or Compel Arbitration, including an objection to removal jurisdiction and a request for sanctions pursuant to Fed. R. Civ. P. 11.

    3.    MBNA respectfully requests leave to file a Reply Memorandum to address these additional issues and to identify misapplications of law contained in Plaintiff's Opposition.

WHEREFORE, for these reasons, MBNA moves that this Court grant it leave to file a Reply Memorandum.

          MBNA AMERICA BANK, N.A.

          By its attorneys,

          _/s/ Christopher B. Zimmerman__
          Stephen A. Jonas/BBO#542005
          Christopher B. Zimmerman/BBO#653854
          Wilmer Cutler Pickering Hale and Dorr LLP
          60 State Street
          Boston, Massachusetts 02109
          (617) 526-6000

Dated: February 4, 2005

## CERTIFICATE OF SERVICE

     I, Christopher B. Zimmerman, hereby certify that on this 4th day of February, 2005, I served a true and accurate copy of the foregoing document by Certified Mail to: Roberts S. Dorfman, 48 Cherry Tree Road, Cotuit, MA 02635.

                                                                                              _/s/ Christopher B. Zimmerman___
                                                                                                Christopher B. Zimmerman