FILED
IN CLERKS OFFICE

# BACV2004-00749
## Dorfman v MBNA America Bank

2005 JAN 26 A 11: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | | | |
|---|---|---|---|---|
| File Date | 12/17/2004 | Status | Needs review for service (acneserv) | |
| Status Date | 12/17/2004 | Session | A - Civil A- Barnstable Superior Court | |
| Origin | 1 | Case Type | A02 - Goods sold/delivered under contract | |
| Lead Case | | Track | F | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 03/17/2005 | Answer | 05/16/2005 | Rule12/19/20 | 05/16/2005 |
| Rule 15 | 05/16/2005 | Discovery | 10/13/2005 | Rule 56 | 05/12/2006 |
| Final PTC | 08/12/2006 | Disposition | 09/12/2006 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Robert S Dorfman
48 Cherry Tree Road
Cotuit, MA 02635
Phone: 509-428-1791
Active 12/17/2004 Notify

05-10060

**Defendant**
MBNA America Bank
1100 King Street
Wilmington, DE 19884-0124
Service pending 12/17/2004

**Private Counsel 653854**
Christopher B Zimmerman
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6991
Fax: 617-526-5000
Active 12/23/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 12/17/2004 | | Filing fee paid in the amount of $$275.00 including $15.00 surcharge and $20.00 security fee. |
| 12/17/2004 | 1.0 | COMPLAINT: with jury claim & civil action cover sheet filed |
| 12/17/2004 | | Origin 1, Type A02, Track F. |
| 12/17/2004 | | Motion (P#1)Summons and Order of notice to issue returnable, Tuesday, December 28, 2004, at 2:00 p.m., by the Court (Gary A. Nickerson, Justice). Notices mailed December 17, 2004 |
| 12/17/2004 | | Summons and order of notice issued; returnable December 28, 2004, at 2:00 p.m. (Gary A. Nickerson, Justice) |
| 12/23/2004 | | NOTICE: Hearing on January 14, 2005, at 9:00 a.m. (cc: pltff; fx: CBZ) |
| 12/28/2004 | 2.0 | APPEARANCE: Atty Christopher B Zimmerman for MBNA America Bank |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 12/28/2004 | Civil A- Barnstable Superior Court | Motion/Hearing: order of notice returnable on PI | Event not held-joint request |
| 01/14/2005 | Civil A- Barnstable Superior Court | Motion/Hearing: prel inj Rescheduled by joint request from Dec 28, 2004 | |

A true copy, Attest:

Nancy _____
___ Clerk

# Commonwealth of Massachusetts

BARNSTABLE, ss.                                                    SUPERIOR COURT

I, Nancy N. Weir, Assistant Clerk of the Superior Court within and for said County of Barnstable, having, by law, the custody of the seal and all the records, books, documents and papers of, or appertaining to said Court, hereby certify that the papers hereto annexed are true copies of the papers appertaining to said Court, and on file and of record in the Office of said Court, relating to the case of ROBERT S. DORFMAN VS. MBNA AMERICA BANK, case #04-749.

In witness whereof, I have hereunto set my hand and the seal of said Court, this nineteenth day of January in the year of our Lord two thousand and five.

*Nancy N. Weir*
Assistant Clerk

COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, ss.                              SUPERIOR COURT
                                             DEPARTMENT OF THE TRIAL COURT

SUPERIOR COURT
BARNSTABLE SS
FILED JAN 11 2005

ROBERT S. DORFMAN

Plaintiff,

v.                                           CIVIL ACTION NO. 04-0749

MBNA AMERICA BANK

Defendant.

### NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

TO:   Civil Clerk of Court
      Barnstable Superior Court
      3195 Main Street
      Barnstable, Massachusetts 02630

Notice is hereby given pursuant to 28 U.S.C. § 1446(d) that defendant MBNA America Bank, N.A. ("MBNA") has removed the above-captioned matter to the United States District Court for the District of Massachusetts. A copy of the Notice of Removal filed with the United States District Court is filed herewith.

                                       Respectfully submitted,

                                       _____
                                       Stephen A. Jonas (BBO #542005)
                                       Christopher B. Zimmerman (BBO #653854)
                                       Wilmer Cutler Pickering Hale and Dorr LLP
                                       60 State Street
                                       Boston, Massachusetts 02109
                                       (617) 526-6000

Dated: January 11, 2005

US1DOCS 4918766v1

## CERTIFICATE OF SERVICE

I, Christopher B. Zimmerman, hereby certify that I served by hand a true and correct copy of the foregoing on this 11th day of January 2005 upon Robert S. Dorfman, 48 Cherry Tree Road, Cotuit, MA 02635.

*[signature]*

Christopher B. Zimmerman

US1DOCS 4918766v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)



ROBERT S. DORFMAN,

    Plaintiff,

v.

M.B.N.A. AMERICA BANK, N.A.,

    Defendant.

Civil Action No.

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that defendant MBNA America Bank, N.A. ("MBNA") hereby removes the above-captioned action from the Barnstable County Superior Court of the Commonwealth of Massachusetts (Civil Action No. BACV2004-00749) to this Court pursuant to 28 U.S.C. §§ 1441(b), (c) and 1446.

In support of this Notice, MBNA states as follows:

1. On or about December 17, 2004, an action was commenced in Barnstable County Superior Court of the Commonwealth of Massachusetts entitled <u>Robert S. Dorfman v. M.B.N.A America Bank</u>, Civ. Action No. BACV2004-00749.

2. Plaintiff's Complaint asserts federal claims for violation of 15 U.S.C. §§ 1666 and 1666a. Plaintiff further asserts violations of his right to due process of law and trial by jury arising under the Constitution of the United States.

3. Because the resolution of this case depends on a federal question, MBNA is entitled to remove this action to this Court pursuant to 28 U.S.C. §§ 1331, 1441, 1446.

4. This Notice is timely. MBNA was provided with a copy of the Complaint in the State Court action on or about December 22, 2004, fewer than 30 days prior to the filing of this Notice.

5. Attached hereto as <u>Exhibit A</u> is a true copy of all process, pleadings and orders served upon or otherwise provided to MBNA.

6. A copy of this Notice will be filed with the Clerk of the Barnstable County Superior Court as required by 28 U.S.C. § 1446(d).

7. Written notice of the filing of this Notice will be given to the adverse party as required by 28 U.S.C. § 1446(d).

        MBNA AMERICA BANK, N.A.

        By its attorneys,

        */s/ Christopher B. Zimmerman*
        Stephen A. Jonas/BBO#542005
        Christopher B. Zimmerman/BBO#653854
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, Massachusetts 02109
        (617) 526-6000

Dated: January 11, 2005.

## CERTIFICATE OF SERVICE

I, Christopher B. Zimmerman, hereby certify that on this 11th day of January, 2005, I served a true and accurate copy of the foregoing Notice of Removal by hand to: Roberts S. Dorfman, 48 Cherry Tree Road, Cotuit, MA 02635.

_____
Christopher B. Zimmerman

COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, ss.　　　　　　　　　　SUPERIOR COURT
　　　　　　　　　　　　　　　　　　DEPARTMENT OF THE TRIAL COURT

SUPERIOR COURT
BARNSTABLE SS
FILED DEC 2 3 2004
[signature] Clerk

| | |
|---|---|
| ROBERT S. DORFMAN<br><br>Plaintiff,<br><br>v.<br><br>MBNA AMERICA BANK<br><br>Defendant. | CIVIL ACTION NO. 04-0749 |

## NOTICE OF APPEARANCE

Pursuant to Mass. R. Civ. P. 11(b), please enter the appearance of Stephen A. Jonas and Christopher B. Zimmerman as counsel for the defendant, MBNA America Bank, N.A, in the above action.

Respectfully submitted,

[signature]

Stephen A. Jonas (BBO #542005)
Christopher B. Zimmerman (BBO #653854)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: December 23, 2004

USIDOCS 4889504v1

## CERTIFICATE OF SERVICE

I, Christopher B. Zimmerman, hereby certify that I served a true and correct copy of the foregoing on this 23rd day of December, 2004 by first class mail:

Robert S. Dorfman
48 Cherry Tree Road
Cotuit, MA 02635


_____
Christopher B. Zimmerman

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 04-749 | Trial Court of Massachusetts Superior Court Department County: _____ |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Robert S. Dorfman | MBNA America |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE | ATTORNEY (if known) |
|  | Wolpoff & Abramson |
| Board of Bar Overseers number: |  |



SUPERIOR COURT
BARNSTABLE SS
FILED DEC 17 2004
_____ Clerk

### Origin code and track designation

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A99 | Breach of Contract | (F) | (✓) Yes   ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
2. Total Doctor expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
3. Total chiropractic expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
4. Total physical therapy expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
5. Total other expenses (describe) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
   Subtotal $ . . . . . . . . . . . . .
B. Documented lost wages and compensation to date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . . . .
C. Documented property damages to date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . . . .
D. Reasonably anticipated future medical and hospital expenses . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . . . .
E. Reasonably anticipated lost wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . . . .
F. Other documented items of damages (describe)
   $ . . . . . . . . . . . . .
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

   $ . . . . . . . . . . . . .
   TOTAL $ . . . . . . . . . . . . .

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):
1. Relief from Arbitration Award  -  $29,495.86
2. Unliquidated damages, other damages, cost of suit, violation of rights  }  8,000.00 (estimated)

TOTAL $ 37,495.86

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____/s/ Robert S. Dorfman_____     DATE: 12-17-04

C-6 mtc005-11/99
S.C. 1-2000

*December 17, 2004 - Summons and order of notice to be returned to Court, December 28, 2004, at 9:00 a.m. By the Court, Nickerson, J.*

*Nancy NuWeir, asst Clerk*

*2 pm*

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF BARNSTABLE          BARNSTABLE SUPERIOR COURT

SUPERIOR COURT
BARNSTABLE SS
FILED DEC 1 7 2004
_____ Clerk

Civil Action. No: 04-749

ROBERT S. DORFMAN,

Plaintiff,

V.

MBNA AMERICA BANK,

Defendant(s).

**VERIFIED COMPLAINT FOR MONEY;
DEMAND FOR TRIAL BY JURY**

COMES NOW, Robert S. Dorfman, Plaintiff and for causes of action against Defendant(s) and each of them alleges as follows:

### COUNT I – STATUTORY VIOLATIONS AND DAMAGES

1. That Plaintiff is a natural person and a resident in Cotuit, in the County of Barnstable, the State of Massachusetts.

2. That Defendant, MBNA America Bank, is a Corporation organized in the State of Delaware with its principal business location at 1100 King Street, Wilmington, DE 19884-0124.

3. That Plaintiff and Defendant entered into a consumer contract on and about 1995.

4. That the contract provided for Plaintiff to obtain a revolving open-ended account with Defendant.

5. That the original contract was governed in part by the Truth in Lending Act. 15 USC section 1601 *et seq* [TILA] by Plaintiff.

6. That the original contract provided for Defendant(s) to respond to any inquiry under TILA made by Plaintiff.

7. That Plaintiff made an inquiry with Defendant(s) on and about January 2, 2004 as to the inaccuracies on the monthly statement and requested further information and documentation.

8. That Defendant(s) received said inquiry on and about January 4, 2004.

9. That Defendant(s) has a duty to comply with any inquiry under TILA made by Plaintiff.

10. That more than ninety (90) days has elapsed since the time Defendant(s) received the billing inquiry from Plaintiff.

11. That as of this date Defendant(s) has ignored, failed and/or neglected Plaintiff's inquiry by failing to respond to the same. This act was willful and knowing.

12. That by failing to respond Defendant is prohibited under TILA to proceed with any collection efforts.

13. That by failing to respond Defendant violated 15 USC section 1666 *et seq* and 12 CFR section 226.13 *et seq*. These acts were willful and knowing.

14. That Defendant's wrongfully and negatively reported to the credit reporting agencies that Plaintiff was delinquent on the contract. This act was willful and knowing.

15. That as a result of Defendant's wrongfully reporting the foregoing to the credit reporting agencies Defendant(s) violated 15 USC section 1666 *et seq* and 12 CFR section 226.13 *et seq*. This act was willful and knowing.

16. That Defendant(s) ignored and disregarded the TILA provisions by proceeding with collection efforts by filing a Claim with the National Arbitration Forum ("Forum"). This act was willful and knowing. A true and correct copy of the Claim is herewith attached and incorporated by reference as Exhibit "A."

17. 17. That by filing said Claim Defendant violated 15 USC section 1666 *et seq* and 12 CFR section 226.13 *et seq*. This act was willful and knowing.

18. That as a result of the foregoing Plaintiff is entitled to relief under TILA.

## COUNT II – BREACH OF CONTRACT

19. That Plaintiff hereby incorporates paragraphs 1 through 18 herein and above by this reference.

20. That Plaintiff is not currently in possession of the original contract, but will seek to obtain a copy thereof in discovery and/or will seek leave of court to amend this complaint to incorporate a copy of said contract at that time when a copy can be ascertained.

21. That if called to testify Plaintiff will testify that the original contract between Plaintiff and Defendant did not contain any provision or clause to submit any dispute arising out the agreement to arbitration.

22. That the original contract between Plaintiff and Defendant did not contain any provision that would allow Defendant to change or add new terms to the original agreement to include arbitration.

23.  That Plaintiff never received a copy of any change or addition of new terms to the original agreement.

24.  That Defendant filed a claim against Plaintiff in the Forum alleging that an agreement exists containing provisions to arbitrate any dispute arising out of the agreement.

25.  Plaintiff filed a Motion to Dismiss for Lack of Jurisdiction; Objection to Arbritration with the Forum prohibiting the Forum to arbitrate the matter absence any provision, clause or contract authorizing either Plaintiff or Defendant to submit a claim to arbitration.

26.  Notwithstanding the foregoing, the arbitrator and the Forum entered an award against Plaintiff and in favor of Defendant in the amount of Twenty Nine Thousand Four Hundred Ninety Five Dollars and Eighty Six Cents ($29,495.86), as evidenced by attached Award that is incorporated herein by this reference as Exhibit "B."

27.  Defendant(s) served upon Plaintiff a copy of the Award on and about November 1, 2004.

28.  That Defendant(s) obtained the Award illegally and without authority, using the Forum whereby breaching the original contract between Plaintiff and Defendant.

29.  That the arbitrator exceeded his authority to decide the matter and illegally entered an Award against Plaintiff, absent jurisdiction when no agreement existed between parties to arbitrate.

30. That Plaintiff would be prejudiced and adversely affected if Defendant is allowed to proceed with confirming the Award and a judgment is entered against Plaintiff.

31. That Defendant had no right to force Plaintiff to arbitrate a claim when no agreement existed to arbitrate between parties.

32. That Defendant had no right to obtain an Award against Plaintiff for any amount sought.

### COUNT III – VIOLATIONS OF RIGHTS

33. That Plaintiff hereby incorporates paragraphs 1 through 32 herein and above by this reference.

34. That Plaintiff's Rights will be severely impaired if the Award is enforced in a court of law and against Plaintiff.

35. That the award and claim was filed and entered in violation of Plaintiff's Right to Due Process under the Law.

36. That by filing said claim, Defendant(s) violated Plaintiff's Right to use the courts as a means to resolve the dispute. This act was willful and knowing.

37. That by filing the claim, Defendant attempted to violate Plaintiff's Right to Due Process under the law. This act was willful and knowing.

38. That by filing the claim, Defendant violated Plaintiff's Right to a trial by jury. This act was willful and knowing.

39. That by filing the claim, Defendant violated the obligation of the original contract, thus impairing the protection and security of obligation of contract under the Constitution. This act was willful and knowing.

40. That all of Defendant(s)'s actions have impaired and adversely affected Plaintiff, which is now entitled to immediate relief under the law.

### COUNT IV - IMMEDIATE INJUNCTIVE RELIEF

41. That Plaintiff hereby incorporates paragraphs 1 through 40 herein and above by this reference.

42. That Plaintiff has no other immediate remedy under the law except to file this action.

43. That Plaintiff is entitled to immediate relief from the arbitration award.

44. That the award must be vacated immediately before further harm is done to Plaintiff.

### PRAYER AND RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant(s) and each of them, on each and every cause of action and count as follows:

1. For immediate relief from Arbitration Award;

2. For $29,495.86;

3. For unliquidated damages that may be ascertained by the court or jury;

4. For punitive, general and special damages;

5. For cost of this suit herein;

6. For Violations of Rights;

7. For such other relief as the court deems proper and demanded herein.

I declare under penalty of perjury of the laws of the Commonwealth of Massachusetts that the foregoing statements are true and correct.

Dated this 17th day of December, 2004.

Respectfully submitted and signed by,
Robert S. Dorfman

_____
48 Cherry Tree Road
Cotuit, MA 02635
Plaintiff, *in propria persona*.

508-428-1791

8451

Exhibit A

# IN THE
## NATIONAL ARBITRATION FORUM
## CLAIM

| | |
|---|---|
| MBNA America Bank, N.A.<br>c/o Wolpoff & Abramson, L.L.P.<br>Attorneys in the Practice of Debt Collection<br>Two Irvington Centre<br>702 King Farm Blvd.<br>Rockville, MD 20850 | RE:<br>Forum File Number:  FA0407000292457<br>Claimant File Number:  0118468772<br>Account No.:  4264295999600157<br>Card member Agreement Type:  NEA90 |

**CLAIMANT,**

Robert S Dorfman
48 Cherry Tree Rd
Cotuit MA 02635-3307

**RESPONDENT(S),**

- For a Claim against Respondent(s), Claimant states:

1. By way of contract and use of the credit account at issue, Respondent(s) became bound by the terms of a credit agreement (hereinafter the "Agreement"), which is attached hereto and incorporated herein by reference.

2. Respondent(s) is/are in default under the terms of the Agreement and is/are now indebted to Claimant in the amount of $24027.64, as reflected in the attached account summary, plus interest of $659.61 as of the date of filing, and at 6.00% thereafter.

3. Despite repeated demands for payment, Respondent(s) has/have not paid the amounts due.

4. Claimant requests an Award for the amounts reflected in Paragraph 2, plus all arbitration fees incurred, Process of Service fees and Attorney Fees of $3604.14, if allowed by law, equaling 15% of the outstanding principal balance.

5. The attached Agreement contains a Delaware choice of law provision and a provision for "reasonable" attorney fees. Delaware law specifically provides that an attorney fee may be awarded in an amount up to 20% on an unpaid claim if allowed by law. See, 10 Del. Code Sec. 3912 (Pleading & Practice).

6. The attached Agreement contains a mandatory arbitration provision under the Rules of the National Arbitration Forum ("NAF").

The undersigned counsel for Claimant asserts, under penalty of perjury, that the information contained in this Claim and the supporting documents attached hereto are accurate based upon information provided by Claimant to the undersigned counsel.

WOLPOFF & ABRAMSON, L.L.P.
*Attorneys in the Practice of Debt Collection*

By: _____       _____
Ronald M. Abramson, Esq.                 Neal J. Levitsky, Esq.
ADMITTED: (MD, DC, MA)                   ADMITTED: (DE)

Counsel for the Claimant

If Respondent or counsel wishes to contact Claimant, please call or write:
**Paralegal Department**
**Wolpoff & Abramson, L.L.P.**
**Two Irvington Centre**
**702 King Farm Blvd., 5th Floor**
**Rockville, MD 20850**
**1-800-830-2793**



## NATIONAL ARBITRATION FORUM ®

Exhibit B

MBNA America Bank, N.A.
c/o Wolpoff & Abramson, L.L.P.
Attorneys in the Practice of Debt Collection
702 King Farm Blvd, Two Irvington Centre
Rockville, MD 20850-5775

**CLAIMANT(s),**

**AWARD**
RE: MBNA America Bank, N.A. v Robert S Dorfman
File Number: FA0407000292457
Claimant File Number: 4264295999600157

Robert S Dorfman
48 Cherry Tree Rd
Cotuit, MA 02635-3307

**RESPONDENT(s).**

The undersigned Arbitrator in this case FINDS:

1. That no known conflict of interest exists.
2. That on or before 07/01/2004 the Parties entered into an agreement providing that this matter shall be resolved through binding arbitration in accordance with the Forum Code of Procedure.
3. That the Claimant has filed a Claim with the Forum and served it on the Respondent in accordance with Rule 6.
4. That the Respondent has filed a Response with the Forum and served it on the Claimant.
5. That the matter has proceeded in accord with the applicable Forum Code of Procedure.
6. The Parties have had the opportunity to present all evidence and information to the Arbitrator.
7. That the Arbitrator has reviewed all evidence and information submitted in this case.
8. That the information and evidence submitted supports the issuance of an Award as stated.

**Therefore, the Arbitrator ISSUES:**
An Award in favor of the **Claimant**, for a total amount of $29,495.86.

Entered in the State of Massachusetts

Peter Lawson Kennedy, Esq.
Arbitrator

Date: 10/28/2004

**ACKNOWLEDGEMENT AND CERTIFICATE OF SERVICE**

This Award was duly entered and the Forum hereby certifies that a copy of this Award was sent by first class mail postage prepaid to the Parties at the above referenced addresses on this date.

Honorable Harold Kahn, Ret.
Director