UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 MAR -7  A 11: 43

DISTRICT COURT
DISTRICT OF MASS.

ROBERT S. DORFMAN,

    Plaintiff,

v.

MBNA AMERICA BANK, N.A.,

    Defendant.

Civil Action No. 05-10060-DPW

### JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

The plaintiff, Robert S. Dorfman ("Mr. Dorfman"), and the defendant, MBNA America Bank, N.A. ("MBNA"), respectfully request that the scheduling conference presently scheduled for March 24, 2005 be re-scheduled to April 14, 2005, or, if that date is not available, to any date that is convenient for the Court after April 14, 2005, to allow the parties to pursue potential settlement of this matter. In support of their Motion, the parties state as follows:

1. On March 2, 2005, Mr. Dorfman and counsel for MBNA conferred regarding settlement possibilities.

2. Based on the parties' discussions it appears that this action may be capable of being resolved informally through settlement prior to the start of discovery.

3. Both parties wish to avoid the unnecessary use of judicial resources and expenditure of additional legal fees and costs.

4. Accordingly, the parties respectfully request that the Court continue the March 24, 2005 Scheduling Conference until April 14, 2005, or if that is not available, to any date convenient for the Court after April 14, 2005, to allow the parties time to fully explore potential settlement of this action.

<div style="display: flex;">
<div>

Respectfully submitted,

ROBERT S. DORFMAN

*[signature]*

Robert S. Dorfman
48 Cherry Tree Road
Cotuit, Massachusetts 02635

Date: March 4th, 2005

</div>
<div>

Respectfully submitted,

MBNA AMERICA BANK, N.A.

By its attorneys,

*[signature]*

Stephen A. Jonas (BBO#542005)
Christopher B. Zimmerman (BBO#653854)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109

Date: March 7th, 2005

</div>
</div>

USIDOCS 4995420v1

## CERTIFICATE OF SERVICE

I, Christopher B. Zimmerman, hereby certify that on this 7th day of March, 2005, I served a true and accurate copy of the foregoing document by First Class Mail to: Robert S. Dorfman, 48 Cherry Tree Road, Cotuit, MA 02635.

*/s/ Christopher B. Zimmerman*
Christopher B. Zimmerman