UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 APR 11  P 12: 23

ROBERT S. DORFMAN,

    Plaintiff,

v.

MBNA AMERICA BANK, N.A.,

    Defendant.

Civil Action No. 05-10060-DPW

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate and agree that all claims asserted in this action shall be dismissed with prejudice, without costs, expenses or attorneys' fees, and with waiver of all rights of appeal.

| ROBERT S. DORFMAN | MBNA AMERICA BANK, N.A. |
|---|---|
| | By its attorneys, |
| /s/ Robert S. Dorfman | /s/ Stephen A. Jonas |
| Robert S. Dorfman | Stephen A. Jonas (BBO#542005) |
| 48 Cherry Tree Road | Christopher B. Zimmerman (BBO#653854) |
| Cotuit, Massachusetts 02635 | Wilmer Cutler Pickering Hale and Dorr LLP |
| | 60 State Street |
| | Boston, Massachusetts 02109 |

Date: March 23, 2005